| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | A Limited Liability Partnership<br>Including Professional Corporations |
| 3 | GARY L. HALLING, Cal. Bar No. 66087<br>JAMES L. MCGINNIS, Cal. Bar No. 95788 |
| 4 | MONA SOLOUKI, Cal. Bar No. 215145<br>Four Embarcadero Center, 17th Floor |
| 5 | San Francisco, California 94111-4109<br>Telephone: 415-434-9100 |
| 6 | Facsimile: 415-434-3947<br>Email: ghalling@sheppardmullin.com |
| 7 | Email: jmcginnis@sheppardmullin.com<br>Email: msolouki@sheppardmullin.com |
| 8 | Attorneys for Defendant |
| 9 | SAMSUNG SEMICONDUCTOR, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRONG NGUYEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | CASE NO. 07-0086-SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND COMPLAINTS IN RELATED ACTIONS**<br><br>The Hon. Saundra B. Armstrong<br>Amended Complaint filed Jan. 18, 2007 |

THIS STIPULATION ALSO RELATES TO THE FOLLOWING RELATED CASES BY ORDER OF MARCH 14, 2007:

*A Computer Place, Inc. v. Samsung Electronics, Co., Ltd.*
Case No. C-07-01020-WHA

*Burke v. Samsung Electronics, Co., Ltd., et al.*
Case No. C-07-01236-MJJ

*Miller v. Samsung Electronics, Co., Ltd., et al.*
Case No. C-07-01147-EDL

THIS STIPULATION ALSO RELATES TO THE FOLLOWING CASES SUBJECT TO MOTIONS TO RELATE, FILED MARCH 15, 2007:

| | |
|---|---|
| 1 | |
| 2 | *Alderman v. Samsung Electronics, Co., Ltd., et al.* |
| 3 | Case No. C-07-1489-MJJ |
| 4 | *Burt v. Samsung Electronics, Co., Ltd., et al.* <br> Case No. C-07-1388-MMC |
| 5 | *Perkins v. Samsung Electronics, Co., Ltd., et al.* |
| 6 | Case No. C-07-1360-JL |
| 7 | *TechToysForLess v. Samsung Electronics, Co., Ltd., et al.* |
| 8 | Case No. C-07-1418-SC |
| 9 | *Huh v. Samsung Electronics, Co., Ltd., et al.* <br> Case No. C-07-1459-JCS |
| 10 | |
| 11 | *Krahmer v. Samsung Electronics, Co., Ltd., et al.* |
| 12 | Case No. C-07-1460-SC |
| 13 | THIS STIPULATION ALSO RELATES TO THE FOLLOWING CASES SUBJECT TO |
| 14 | THE MOTION TO RELATE, FILED APRIL 3, 2007: |
| 15 | *Kevin's Computer and Photo v. Samsung Electronics Co., Ltd., et al.* |
| 16 | |
| 17 | Case No. C-07-1665-MJJ |
| 18 | *Theisen v. Hitachi, Ltd., et al.* |
| 19 | Case No. C-07-1680-BZ |
| 20 | *Greenwell v. Samsung Electronics Co., Ltd., et al.* |
| 21 | Case No. C-07-1524-EDL |
| 22 | *Sweatman v. Samsung Electronics Co., Ltd., et al.* |
| 23 | Case No. C-07-1613-MEJ |
| 24 | *Pellitteri v. Samsung Electronics Co., Ltd., et al.* |
| 25 | Case No. C-07-1614-JSW |
| 26 | *Davis v. Samsung Electronics Co., Ltd., et al.* <br> Case No. C-07-1735-MEJ |
| 27 | |
| 28 | *McClellan-Chambers v. Samsung Electronics Co., Ltd., et al.* |

| | |
|---|---|
| 1 | Case No. C-07-1823-SC |
| 2 | *Juskiewicz v. Samsung Electronics Co., Ltd., et al.* |
| 3 | Case No. C-07-1829-JL |

WHEREAS the undersigned Plaintiff Trong Nguyen has filed a Complaint in the above-captioned case on or about January 5, 2007;

WHEREAS the additional, undersigned Plaintiffs have filed Complaints in the above-captioned cases since Plaintiff Nguyen filed his case;

WHEREAS in all of the Complaints, Plaintiffs allege price fixing by manufacturers of Flash Memory;

WHEREAS more than eighteen complaints have been filed to date in the Northern District of California and one complaint has been filed in the Southern District of New York by plaintiffs bringing class actions on behalf of either direct or indirect purchasers alleging price fixing by manufacturers of Flash Memory (collectively, "the Flash Memory Cases");

WHEREAS a motion is currently pending before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer the Flash Memory Cases to a single judge for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;

WHEREAS this Court recently related three of the Flash Memory Cases pending in the Northern District of California to this action, and other motions are currently pending before the Court to consider whether additional actions pending in this District should be related;

WHEREAS the parties believe that the Flash Memory Cases will be consolidated or coordinated either as multidistrict litigation ("MDL") or as a group of related cases within the Northern District of California, and anticipate that, in either instance, Plaintiffs will likely file separate Consolidated Amended Complaints for the direct and indirect Flash Memory Cases;

WHEREAS the parties have agreed that an orderly schedule for any response to the pleadings in the Flash Memory Cases is more efficient for the parties and for the Court;

WHEREAS Plaintiffs agree that the deadline for Samsung Semiconductor, Inc. ("SSI") to respond to the Complaints in each of the above-captioned cases, and any other cases

subsequently related or transferred to this Court, shall be extended until the earlier of the following two dates: (1) forty-five days after the filing of Consolidated Amended Complaints in the direct and indirect Flash Memory Cases either in the MDL transferee Court or in the Court in which the Flash Memory Cases pending in this District are consolidated and/or coordinated in the Northern District of California; or (2) forty-five days after Plaintiffs provide written notice to SSI that they do not intend to file Consolidated Amended Complaints in the direct and indirect Flash Memory Cases, provided that such notice may be given only at or after the initial case management conference either in the MDL transferee Court or in the Court in which all Flash Memory Cases pending in this District are consolidated and/or coordinated in the Northern District of California;

WHEREAS Plaintiffs further agree that this extension is available, without further stipulation with counsel for Plaintiffs, to all named Defendants who notify Plaintiffs in writing of their intention to join this extension;

WHEREAS Plaintiffs and Defendant SSI (and any other named Defendants who provide notice of their intention to join this extension pursuant to the preceding paragraph) agree that each such defense counsel shall accept service on behalf of the Defendant that provided notice of its intention to join this extension of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such Defendant shall not contest the sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense, including but not limited to, the defense of lack of personal or subject matter jurisdiction;

PLAINTIFFS AND DEFENDANT SSI, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for Defendant SSI to respond to the Complaints in the above-captioned cases, and any other cases subsequently related or transferred to this Court, shall be extended until the earlier of the following two dates: (1) forty-five days after the filing of Consolidated Amended Complaints in the direct and indirect Flash Memory Cases either in the

1  MDL transferee Court or in the Court in which the Flash Memory Cases pending in this District
2  are consolidated and/or coordinated in the Northern District of California; or (2) forty-five days
3  after Plaintiffs provide written notice to SSI that they do not intend to file Consolidated Amended
4  Complaints in the direct and indirect Flash Memory Cases, provided that such notice may be
5  given only at or after the initial case management conference either in the MDL transferee Court
6  or in the Court in which all Flash Memory Cases pending in this District are consolidated and/or
7  coordinated in the Northern District of California.

8        2.      This extension is available, without further stipulation with counsel for
9  Plaintiffs, to all named Defendants who notify Plaintiffs in writing of their intention to join this
10  extension.

11        3.      Defendant SSI (and any other named Defendants who provide notice of
12  their intention to join this extension pursuant to the preceding paragraph) agree that each such
13  defense counsel shall accept service on behalf of the defendant that provided notice of its
14  intention to join the extension of all complaints in the above-captioned matter, including any
15  amended or consolidated complaints, and further, that such defendant shall not contest the
16  sufficiency of process or service of process. This Stipulation does not constitute a waiver of any
17  other defense, including but not limited to, the defense of lack of personal or subject matter
18  jurisdiction.

19        4.      Plaintiffs and Defendant SSI (and any other named Defendants who
20  provide notice of their intention to join this extension pursuant to the preceding paragraph) agree
21  that notwithstanding the above paragraphs, should any defendant to whom this extension applies
22  respond to any complaint in another Flash Memory case filed in another United States District
23  Court or a state court prior to the date contemplated by this Stipulation, then such defendant shall
24  make a simultaneous response to the complaint in the above-captioned matter.

25  IT IS SO STIPULATED.

26
27
28

W02-WEST:FNO\400255422.5        - 5 -        JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND

| | | |
|---|---|---|
| 1 | Dated: April 11, 2007 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | | |
| 3 | | By: /s/ Mona Solouki |
| 4 | | Mona Solouki<br>*Attorneys for Defendant Samsung Semiconductor, Inc.* |
| 5 | | |
| 6 | Dated: April 11, 2007 | PEARSON, SIMON, SOTER, WARSHAW & PENNY LLP |
| 7 | | |
| 8 | | By: /s/ Bruce L. Simon |
| 9 | | Bruce L. Simon<br>*Attorneys for Plaintiff A Computer Place* |
| 10 | Dated: April 11, 2007 | FURTH LEHMANN & GRANT LLP |
| 11 | | |
| 12 | | By: /s/ Christopher L. Lebsock |
| 13 | | Christopher L. Lebsock<br>*Attorneys for Plaintiffs Nguyen, Burt, Miller, Perkins and TechToysForLess* |
| 14 | | |
| 15 | Dated: April 11, 2007 | ZELLE HOFMANN VOELBEL MASON & GETTE LLP |
| 16 | | |
| 17 | | |
| 18 | | By: /s/ Christopher Micheletti |
| 19 | | Christopher Micheletti<br>*Attorneys for Plaintiffs Nguyen, Burke, Burt, Miller, Perkins, TechToysForLess* |
| 20 | | |
| 21 | Dated: April 11, 2007 | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP |
| 22 | | |
| 23 | | By: /s/ Allan Steyer |
| 24 | | Allan Steyer<br>*Attorneys for Plaintiffs Nguyen, Miller, Burt, Huh, Krahmer, Sweatman, Pellitteri, Davis, McClellan-Chambers and Jamac Enterprises d/b/a/ Elite Custom Computers, Inc.* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: April 11, 2007 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |

By: /s/ Eric B. Fastiff
    Eric B. Fastiff
    *Attorneys for Plaintiff Alderman*

Dated: April 11, 2007      THE TERRELL LAW GROUP

By: /s/ Reginald Terrell
    Reginald Terrell
    *Attorneys for Plaintiff Greenwell*

Dated: April 11, 2007      LAW OFFICES OF JOSEPH M. PATANE

By: /s/ Joe Patane
    Joe Patane
    *Attorneys for Plaintiff Juskiewicz*

Dated: April 11, 2007      BERMAN, DEVALERIO, PEASE TABACCO, BURT & PUCILLO
    Joseph J. Tabacco Jr.
    Christopher T. Heffelfinger

KOHN, SWIFT & GRAF, P.C.
Joseph Kohn
William E. Hoese

By: /s/ Christopher T. Heffelfinger
    Christopher T. Heffelfinger
    *Attorneys for Plaintiff Kevin's Computer and Photo*

Dated: April 11, 2007      GROSS & BELSKY LLP

By: /s/ Terry Gross
    Terry Gross
    *Attorneys for Plaintiff Theisen*

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT, to conserve party and judicial resources, and in light of the proceedings currently pending before the JPML to consolidate and transfer all pending Flash Memory Cases to one Court, and pending motions in this Court to consider whether additional cases should be related, this extension is available in ALL RELATED ACTIONS (both current and to be related in the future) to any defendant that provides written notice to plaintiff's counsel in such action of this Order and its intention to join this extension, without further stipulation with counsel for plaintiff(s) in the related actions.

Dated: 4/13/07

_____
Honorable Saundra B. Armstrong
Judge of the United States District Court