IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LEVY, | No. C-07-4252 MMC |
| Plaintiff | |
| v. | **ORDER OF REFERRAL** |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants | |
| _____/ | |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Saundra Brown Armstrong for consideration of whether the case is related to Nguyen v. Samsung Electronics Co., 07-0086 SBA.

**IT IS SO ORDERED.**

Dated: September 17, 2007

MAXINE M. CHESNEY
United States District Judge