GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
GEOFFREY C. RUSHING (126910)
CADIO ZIRPOLI (179108)
DAVID SIMS (248181)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, California 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
*guido@saveri.com*
*rick@saveri.com*

BRUCE L. SIMON (96241)
ESTHER L. KLISURA (221171)
PEARSON, SIMON, SOTER, WARSHAW& PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 433-9000
*bsimon@pssswplaw.com*
*eklisura@pssswplaw.com*

*Attorneys for Direct Purchaser Plaintiffs*
*A Computer Place, Inc. and Timothy Chanda*
*and the Proposed Direct Purchaser Plaintiffs Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE FLASH MEMORY ANTITRUST LITIGATION** | Case No. C-07-0086-SBA |
| | **[PROPOSED] ORDER APPOINTING INTERIM LEAD CLASS COUNSEL FOR DIRECT PURCHASER PLAINTIFFS** |
| This Document Relates To: | |
| ALL DIRECT PURCHASER ACTIONS | |

**[PROPOSED] ORDER APPOINTING INTERIM LEAD CLASS COUNSEL FOR DIRECT PURCHASER PLAINTIFFS**
Case No. C-07-0086 SBA

The Motion to Appoint Interim Lead Class Counsel came on regularly for hearing on October 30, 2007. The Court, having carefully considered the papers and pleadings on file and oral arguments of counsel, hereby ORDERS that:

1. Pursuant to Federal Rule of Civil Procedure 23(g)(2)(A), the Court appoints Saveri & Saveri, Inc. and Pearson, Simon, Soter, Warshaw & Penny, LLP as Interim Lead Class Counsel for the direct purchaser plaintiff class.

2. Interim Lead Class Counsel shall be responsible for the overall conduct of the litigation on behalf of the direct purchaser plaintiff class. Interim Lead Class Counsel shall have authority to undertake all actions necessary to prosecute and resolve the direct purchaser actions, including the authority to conduct all motion practice, discovery, settlement negotiations, as well as pretrial and trial proceedings. Additionally, Interim Lead Class Counsel shall have the authority to delegate tasks to other direct purchaser plaintiffs' counsel as necessary for the efficient and effective conduct of the direct purchaser actions.

3. Interim Lead Class Counsel are hereby designated as the counsel for plaintiffs in the coordinated actions upon whom all notices, orders, pleadings, motions, discovery, and memoranda relating to the coordinated actions shall be served, and defendants shall effect service of papers on the direct purchaser plaintiffs in the coordinated actions by serving each of the Interim Lead Class Counsel above. An agreement reached between defendant(s) and Interim Lead Class Counsel or their designee(s), shall be binding on all other plaintiffs' counsel in the direct purchaser coordinated actions.

4. This Order shall be applied to all direct purchaser class actions related, transferred or coordinated to the above-captioned action.

5. All counsel shall keep a daily record of their time spent and expenses incurred in connection with this litigation, indicating with specificity the hours, location, and particular activity.

Dated: __11/14/07_____        _____
                                   Honorable Saundra Brown Armstrong
                                   UNITED STATES DISTRICT COURT

[PROPOSED] ORDER APPOINTING INTERIM LEAD CLASS COUNSEL FOR DIRECT PURCHASER PLAINTIFFS
Case No. C-07-0086 SBA                                                                    2