1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

IN RE FLASH MEMORY
ANTITRUST LITIGATION

No.  C 07-0086 SBA

**ORDER**

_____

On October 17, 2007, the Court consolidated numerous actions with lead case *Trong Nguyen v. Samsung Electronics Co., Ltd., et al.*, C 07-0086, and instructed that this consolidated action be styled as *In re Flash Memory Antitrust Litigation*, and that all future filings of the member cases be under Case Number 07-0086 SBA.  *See* Docket No. 194.  This order is to clarify that all member cases, *i.e.*, all cases previously or in the future that have been or will be consolidated with C 07-0086 are CLOSED and TERMINATED as independent actions, and will proceed solely under Case Number 07-0086.  Counsel for the parties are instructed that all docketing and filing shall be done under Case Number 07-0086.  This order will apply to any further cases deemed related and consolidated with Case Number 07-0086.  Upon consolidation with Case Number 07-0086, any future cases will be closed and terminated as independent actions.

IT IS SO ORDERED.

November 29, 2007

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge