1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

IN RE FLASH MEMORY
ANTITRUST LITIGATION

_____

No.  C 07-00086 SBA

**ORDER**

[Docket Nos. 50, 324, 325, 332, 335, 336, 339, 342, 343, 345, 350, 356, 359]

The Court GRANTS the parties' joint Motion for Leave to File Joint and Individual Briefs and Setting Briefing Schedule [Docket No. 324] and orders as follows:

1.      Defendants may file one joint motion responding to the Consolidated Direct Purchaser Class Action Complaint (the "Direct Complaint") [Docket No. 309] and one joint motion responding to the Indirect-Purchaser Plaintiffs' Consolidated Class Action Complaint (the "Indirect Complaint") [Docket No. 310], neither to exceed the 25-page limit imposed by Civil Local Rule 7-2(b).  These joint motions are due by April 8, 2008.

2.      Defendants may file six individual motions of no more than 8 pages each.  These motions are due by April 8, 2008.

3.      The direct purchaser plaintiffs may respond to the joint and separate motions directed at the Direct Complaint in one omnibus opposition brief of no more than 50 pages.  This brief is due by April 22, 2008.

4.      The indirect purchaser plaintiffs may respond to the joint and separate motions directed at the Indirect Complaint in one omnibus opposition brief of no more than 50 pages.  This brief is due by April 22, 2008.

5.      Defendants may file one omnibus reply brief for their joint motion related to the Direct Complaint of no more than 15 pages.  This brief is due by May 13, 2008.

6.      Defendants may file one omnibus reply brief for their joint motion related to the Indirect Complaint of no more than 15 pages.  This brief is due by May 13, 2008.

7.      Defendants may file reply briefs on their individual motions of no more than 4 pages each.  These briefs are due by May 13, 2008.

8.      The hearing on defendants' two joint motions to dismiss will be held on June 3, 2008, at 1:00 p.m., in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

9.      The following motions are DENIED WITHOUT PREJUDICE as moot:  Motion to Dismiss [Docket No. 332], Motion to Dismiss [Docket No. 335], Motion to Dismiss [Docket No. 336], Motion to Dismiss [Docket No. 339], Motion to Dismiss [Docket No. 342], Motion to Dismiss [Docket No. 343], Motion to Dismiss [Docket No. 345], Motion to Dismiss [Docket No. 350], Corrected Motion to Dismiss [Docket No. 356], and Corrected Motion to Dismiss [Docket No. 359].  The hearing set for these motions for June 3, 2008, at 1:00 p.m., in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612 is VACATED.

IT IS SO ORDERED.

March 31, 2008

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge