**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE FLASH MEMORY ANTITRUST LITIGATION | Case No. C-07-00086-SBA |
| This Document Relates to: | **ORDER REGARDING PRESERVATION OF EVIDENCE** |
| ALL ACTIONS | |

1  IT IS HEREBY ORDERED THAT:

2  All parties and their counsel are reminded of their duty to preserve evidence that may be
3  relevant to this action. The duty extends to documents, data, and tangible things in the possession,
4  custody and control of the parties to this action, and any employees, agents, contractors, carriers,
5  bailees, or other non-parties who possess materials reasonably anticipated to be subject to
6  discovery in this action. "Documents, data, and tangible things" shall be interpreted broadly to
7  include writings, records, files, correspondence, reports, memoranda, calendars, diaries, minutes,
8  electronic messages, voice mail, E-mail, telephone message records or logs, computer and network
9  activity logs, hard drives, backup data, removable computer storage media such as tapes, discs and
10 cards, printouts, document image files, Web pages, databases, spreadsheets, software, books,
11 ledgers, journals, orders, invoices, bills, vouchers, check statements, worksheets, summaries,
12 compilations, computations, charts, diagrams, graphic presentations, drawings, films, charts,
13 digital or chemical process photographs, video, phonographic, tape or digital recordings or
14 transcripts thereof, drafts, jottings and notes, studies or drafts of studies or other similar such
15 material. Information that serves to identify, locate, or link such material, such as file inventories,
16 file folders, indices, and metadata, is also included in this definition. Until the parties reach an
17 agreements on a preservation plan or the Court orders otherwise, each party shall take reasonable
18 steps to preserve all documents, data, and tangible things containing information potentially
19 relevant to the subject mater of this litigation. In addition, counsel shall exercise all reasonable
20 efforts to identify and notify parties and non-parties of their duties, including employees of
21 corporate or institutional parties, to the extent required by the Federal Rules of Civil Procedure.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

-2-
[PROPOSED] ORDER RE: PRESERVATION OF EVIDENCE
Master File No. C-07-00086-SBA

1 | Dated: 4/21/08

*Saundra B. Armstrong* (signature)
Hon. Saundra B. Armstrong

*United States District Judge*
Northern District of California

*Submitted by:*

JOSEPH COTCHETT (36324)
STEVEN WILLIAMS (175489)
**COTCHETT, PITRE & McCARTHY**
Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Fax: 650-697-0577

*Interim Lead and Liaison Class Counsel for
the Indirect Purchaser Plaintiffs*

-3-
[PROPOSED] ORDER RE: PRESERVATION OF EVIDENCE
Master File No. C-07-00086-SBA