**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

IN RE FLASH MEMORY
ANTITRUST LITIGATION

No. C 07-00086 SBA

**ORDER**

[Docket Nos. 118, 128, 156]

---

On November 14 and 15, 2007, the Court granted motions by the direct purchasers [Docket No. 108] and by the indirect purchasers [Docket No. 136] to appoint interim counsel, *see* Docket Nos. 256 (dir.), 257 (indir.). Still pending are three motions:

(1) The first motion seeks to appoint interim counsel for the indirect purchasers [Docket No. 118], which counsel the Court did later appoint, *see* Docket No. 257. The Court thus GRANTS this motion.

(2) The second motion seeks to appoint interim counsel for the indirect purchasers [Docket No. 128], which counsel the Court did not later appoint, *see* Docket No. 257. The Court thus DENIES this motion.

(3) The third motion seeks to appoint interim counsel for the direct purchasers [Docket No. 156], which counsel the Court did later appoint, *see* Docket No. 256, but also seeks to establish an executive committee with certain counsels on it, *see* Docket No. 156. The Court GRANTS the request to appoint interim counsel, but DENIES without prejudice the request to establish an executive committee.

IT IS SO ORDERED.

June 16, 2008

_____
Saundra Brown Armstrong
United States District Judge