```
FILED
SEP 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

1  CRAIG P. SEEBALD (*pro hac vice*)
   cseebald@mwe.com
2  PAMELA J. MARPLE (*pro hac vice*)
   pmarple@mwe.com
3  McDermott Will & Emery LLP
4  600 Thirteenth Street, N.W.
   Washington, D.C. 20005-3096
5  Telephone: 202.756.8000
   Facsimile: 202.756.8087
6
7  DANIEL E. ALBERTI (68620)
   dalberti@mwe.com
8  McDermott Will & Emery LLP
   3150 Porter Drive
9  Palo Alto, CA 94304-1212
   Telephone: 650.813.5000
10 Facsimile: 650.813.5100

11 *Attorneys for Defendants Mitsubishi Electric Corporation and*
   *Mitsubishi Electric & Electronics USA, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| IN RE FLASH MEMORY ANTITRUST LITIGATION | Case No. 07-CV-0086-SBA |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS MITSUBISHI ELECTRIC CORPORTION AND MITSUBISHI ELECTRIC & ELECTRONICS USA, INC. |

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants Mitsubishi Electric Corporation and Mitsubishi Electric & Electronics USA, Inc. ("the Mitsubishi Defendants") hereby substitute Craig P. Seebald, Pamela J. Marple, and Daniel E. Alberti of McDermott Will & Emery LLP as counsel of record, in place and stead of Donald R. Harris, Terrence J. Truax, Michael T. Brody and Margaret J. Simpson of Jenner & Block LLP and Kenneth E. Keller, Michael D. Lisi and Tracy M. Clements of Krieg, Keller, Sloan, Reilly & Roman LLP. Jenner & Block LLP and Krieg, Keller, Sloan, Reilly & Roman

LLP no longer represent the Mitsubishi Defendants in this matter. Hence, please direct all future communications to Messrs. Seebald and Alberti and Ms. Marple.

Dated: September 4, 2008          Mitsubishi Electric Corporation

                                                   By: _/s/ Yutaka Taguchi_____
                                                       Yutaka Taguchi

*Senior Manager, Business Law Section, Legal Division*
*Mitsubishi Electric Corporation*

Dated: September 4, 2008          Mitsubishi Electric & Electronics USA, Inc.

                                                   By: __/s/ Alan P. Olschwang_____
                                                     Alan P. Olschwang

*Executive Vice President & General Counsel, Mitsubishi Electric & Electronics USA, Inc.*

Dated: September 4, 2008          MCDERMOTT WILL & EMERY LLP

                                                   By: __/s/ Daniel E. Alberti
                                                     Craig P. Seebald
                                                     Pamela J. Marple
                                                     Daniel E. Alberti

*Attorneys for Defendants Mitsubishi Electric Corporation and Mitsubishi Electric & Electronics USA, Inc.*

| | | |
|---|---|---|
| 1 | Dated: September 4, 2008 | JENNER & BLOCK LLP |
| 2 | | By: __/s/ Michael T. Brody_____ |
| | | Donald R. Harris |
| 3 | | Terrence J. Truax |
| | | Michael T. Brody |
| 4 | | Margaret J. Simpson |

KRIEG KELLER SLOAN REILLEY & ROMAN LLP

By: __/s/ Kenneth E. Keller_____
    Kenneth E. Keller
    Michael D. Lisi
    Tracy M. Clements

*Attorneys for Defendants Mitsubishi Electric Corporation and Mitsubishi Electric & Electronics USA, Inc.*

**IT IS SO ORDERED.**

Dated: 9-17-08

_____
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Filer's Attestation: Pursuant to Section X(B) of General Order No. 45, Daniel E. Alberti hereby attests that the signatories' concurrence in the filing of this documents has been obtained.