Bingham McCutchen LLP
DONN P. PICKETT (SBN 72257)
donn.pickett@bingham.com
FRANK M. HINMAN (SBN 157402)
frank.hinman@bingham.com
RIANNE E. ROCCA (SBN 221640)
rianne.rocca@bingham.com
AMY FITZPATRICK (SBN 240931)
amy.fitzpatrick@bingham.com
KYLE ZIPES (SBN 251814)
kyle.zipes@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

Attorneys for Defendant
SanDisk Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE FLASH MEMORY ANTITRUST LITIGATION | No. C07-0086 SBA |
| | ANSWER TO INDIRECT PURCHASER PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT |
| This Document Relates to: | |
| ALL INDIRECT PURCHASER ACTIONS | |

Defendant SanDisk Corporation ("SanDisk"), by and through its attorneys, responds to the Complaint filed by the Indirect Purchaser Plaintiff Class ("Plaintiffs") as follows.

SanDisk states that the first unnumbered paragraph of Plaintiffs' complaint states a legal conclusion to which no response is required.  To the extent an answer is required, SanDisk admits that Plaintiffs purport to demand a jury trial on behalf of themselves and those who are similarly situated.  SanDisk denies that Plaintiffs are entitled to any relief or that the purported class can be certified.

1.      SanDisk denies the allegations of paragraph 1.

A/73040930.3/3002631-0000328215

1  2.      SanDisk denies the allegations of paragraph 2.

2  3.      SanDisk states that the allegations of paragraph 3 are legal conclusions to which no

3  response is required.  To the extent an answer is required, SanDisk admits that Plaintiffs have

4  filed a complaint purportedly on behalf of themselves and those who are similarly situated

5  pursuant to Section 16 of the Clayton Act and various state laws for injunctive relief and to

6  recover certain damages and costs of the lawsuit.  SanDisk denies that Plaintiffs are entitled to

7  any relief or that the purported class can be certified.

8  4.      The allegations of paragraph 4 do not require a response.  To the extent that an answer is

9  required, SanDisk admits that Plaintiffs purport to make the allegations of their complaint,

10  except where specifically stated otherwise, on information and belief.

11  5.      SanDisk admits that Plaintiffs have filed a complaint purportedly on behalf of themselves

12  and those who are similarly situated pursuant to Section 16 of the Clayton Act and various state

13  laws for injunctive relief and to recover certain damages and costs of the lawsuit.  SanDisk

14  denies that Plaintiffs are entitled to any relief or that the purported class can be certified.

15  6.      SanDisk admits that this Court has subject matter jurisdiction.

16  7.      SanDisk admits that venue is proper in this district and that it is found or transacts

17  business here.  SanDisk denies the remaining allegations of paragraph 7.

18  8.      SanDisk admits that it conducts business throughout the United States, including in this

19  jurisdiction and that it has sold certain products within the flow of interstate commerce.  SanDisk

20  denies the remaining allegations of paragraph 8.

21  9.      SanDisk admits that it marketed and sold products containing NAND Flash Memory

22  within the United States during certain portions of the alleged class period.  SanDisk denies the

23  remaining allegations of paragraph 9 and all of its subparagraphs.

24  10.     SanDisk denies the allegations of paragraph 10.

25  11.     SanDisk denies the allegations of paragraph 11.

26  12.     SanDisk admits that Plaintiffs purport to define the term "NAND Flash Memory", as

27  used in the Complaint, to refer to Flash Memory based on NAND technology that was purchased

28  indirectly during the alleged class period.  SanDisk denies that Plaintiffs' definition is correct or

ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT

1  appropriate, that "NAND Flash Memory" as used in Plaintiffs' Complaint is a relevant antitrust

2  market, or that the Court could properly certify a class or classes of purchasers that includes

3  purchasers of both stand-alone Flash Memory and also products wherein Flash Memory is a

4  substantial component.  SanDisk denies the remaining allegations of paragraph 12.

5  13.    The allegations of paragraph 13 do not require a response.  To the extent an answer is

6  required, SanDisk admits that Plaintiffs purport to define the term "OEM", as used in the

7  Complaint, to refer to an original equipment manufacturer.

8  14.    The allegations of paragraph 14 do not require a response.  To the extent an answer is

9  required, SanDisk admits that Plaintiffs purport to define the term "Class Period," as used in the

10  Complaint, to refer to the period of January 1, 1999 to the present.  SanDisk denies that this

11  action may be maintained as a class action on behalf of the purported class or otherwise.

12  15.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

13  the allegations of paragraph 15, and on that basis SanDisk denies them.  SanDisk specifically

14  denies any "illegal conduct."

15  16.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

16  the allegations of paragraph 16, and on that basis SanDisk denies them. SanDisk specifically

17  denies any "illegal conduct."

18  17.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

19  the allegations of paragraph 17, and on that basis SanDisk denies them. SanDisk specifically

20  denies any "illegal conduct."

21  18.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

22  the allegations of paragraph 18, and on that basis SanDisk denies them. SanDisk specifically

23  denies any "illegal conduct."

24  19.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

25  the allegations of paragraph 19, and on that basis SanDisk denies them. SanDisk specifically

26  denies any "illegal conduct."

27  20.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

28  the allegations of paragraph 20, and on that basis SanDisk denies them. SanDisk specifically

ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT

1   denies any "illegal conduct."

2   21.     SanDisk is without knowledge or information sufficient to form a belief as to the truth of

3   the allegations of paragraph 21, and on that basis SanDisk denies them. SanDisk specifically

4   denies any "illegal conduct."

5   22.     SanDisk is without knowledge or information sufficient to form a belief as to the truth of

6   the allegations of paragraph 22, and on that basis SanDisk denies them. SanDisk specifically

7   denies any "illegal conduct."

8   23.     SanDisk is without knowledge or information sufficient to form a belief as to the truth of

9   the allegations of paragraph 23, and on that basis SanDisk denies them. SanDisk specifically

10   denies any "illegal conduct."

11   24.     SanDisk is without knowledge or information sufficient to form a belief as to the truth of

12   the allegations of paragraph 24, and on that basis SanDisk denies them. SanDisk specifically

13   denies any "illegal conduct."

14   25.     SanDisk is without knowledge or information sufficient to form a belief as to the truth of

15   the allegations of paragraph 25, and on that basis SanDisk denies them. SanDisk specifically

16   denies any "illegal conduct."

17   26.     SanDisk is without knowledge or information sufficient to form a belief as to the truth of

18   the allegations of paragraph 26, and on that basis SanDisk denies them. SanDisk specifically

19   denies any "illegal conduct."

20   27.     SanDisk is without knowledge or information sufficient to form a belief as to the truth of

21   the allegations of paragraph 27, and on that basis SanDisk denies them. SanDisk specifically

22   denies any "illegal conduct."

23   28.     SanDisk is without knowledge or information sufficient to form a belief as to the truth of

24   the allegations of paragraph 28, and on that basis SanDisk denies them. SanDisk specifically

25   denies any "illegal conduct."

26   29.     SanDisk is without knowledge or information sufficient to form a belief as to the truth of

27   the allegations of paragraph 29, and on that basis SanDisk denies them. SanDisk specifically

28   denies any "illegal conduct."

**ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT**

1    30.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

2    the allegations of paragraph 30, and on that basis SanDisk denies them. SanDisk specifically

3    denies any "illegal conduct."

4    31.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

5    the allegations of paragraph 31, and on that basis SanDisk denies them. SanDisk specifically

6    denies any "illegal conduct."

7    32.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

8    the allegations of paragraph 32, and on that basis SanDisk denies them. SanDisk specifically

9    denies any "illegal conduct."

10    33.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

11    the allegations of paragraph 33, and on that basis SanDisk denies them. SanDisk specifically

12    denies any "illegal conduct."

13    34.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

14    the allegations of paragraph 34, and on that basis SanDisk denies them. SanDisk specifically

15    denies any "illegal conduct."

16    35.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

17    the allegations of paragraph 35, and on that basis SanDisk denies them. SanDisk specifically

18    denies any "illegal conduct."

19    36.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

20    the allegations of paragraph 36, and on that basis SanDisk denies them. SanDisk specifically

21    denies any "illegal conduct."

22    37.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

23    the allegations of paragraph 37, and on that basis SanDisk denies them. SanDisk specifically

24    denies any "illegal conduct."

25    38.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

26    the allegations of paragraph 38, and on that basis SanDisk denies them. SanDisk specifically

27    denies any "illegal conduct."

28

**ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT**

1   39.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of
2   the allegations of paragraph 39, and on that basis SanDisk denies them. SanDisk specifically
3   denies any "illegal conduct."

4   40.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of
5   the allegations of paragraph 40, and on that basis SanDisk denies them. SanDisk specifically
6   denies any "illegal conduct."

7   41.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of
8   the allegations of paragraph 41, and on that basis SanDisk denies them. SanDisk specifically
9   denies any "illegal conduct."

10  42.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of
11  the allegations of paragraph 42, and on that basis SanDisk denies them. SanDisk specifically
12  denies any "illegal conduct."

13  43.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of
14  the allegations of paragraph 43, and on that basis SanDisk denies them. SanDisk specifically
15  denies any "illegal conduct."

16  44.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of
17  the allegations of paragraph 44, and on that basis SanDisk denies them. SanDisk specifically
18  denies any "illegal conduct."

19  45.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of
20  the allegations of paragraph 45, and on that basis SanDisk denies them. SanDisk specifically
21  denies any "illegal conduct."

22  46.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of
23  the allegations of paragraph 46, and on that basis SanDisk denies them. SanDisk specifically
24  denies any "illegal conduct."

25  47.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of
26  the allegations of paragraph 47, and on that basis SanDisk denies them. SanDisk specifically
27  denies any "illegal conduct."

28

ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT

48.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 48, and on that basis SanDisk denies them. SanDisk specifically denies any "illegal conduct."

49.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 49, and on that basis SanDisk denies them. SanDisk specifically denies any "illegal conduct."

50.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 50, and on that basis SanDisk denies them. SanDisk specifically denies any "illegal conduct."

51.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 51 and its subparagraphs, and on that basis SanDisk denies them.

52.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 52 and its subparagraphs, and on that basis SanDisk denies them.

53.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 53, and on that basis SanDisk denies them.

54.    SanDisk admits that Plaintiffs purport to define the term "Samsung," for purposes of this Complaint, as stated in paragraph 54.  SanDisk is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 54, and on that basis SanDisk denies them.

55.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 55, and on that basis SanDisk denies them.

56.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 56, and on that basis SanDisk denies them.

57.    SanDisk admits that Plaintiffs purport to define the term "Toshiba," for purposes of this Complaint, as stated in paragraph 57.  SanDisk is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 57, and on that basis SanDisk denies them.

1   58.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

2   the allegations of paragraph 58, and on that basis SanDisk denies them.

3   59.    SanDisk admits that Plaintiffs purport to define the term "Hynix," for purposes of this

4   Complaint, as stated in paragraph 59.  SanDisk is without knowledge or information sufficient to

5   form a belief as to the truth of the remaining allegations of paragraph 59, and on that basis

6   SanDisk denies them.

7   60.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

8   the allegations of paragraph 60, and on that basis SanDisk denies them.

9   61.    SanDisk admits that Plaintiffs purport to define the term "Renesas," for purposes of this

10  Complaint, as stated in paragraph 61.  SanDisk is without knowledge or information sufficient to

11  form a belief as to the truth of the remaining allegations of paragraph 61, and on that basis

12  SanDisk denies them.

13  62.    SanDisk admits that it is a Delaware Corporation with its principal place of business at

14  601 McCarthy Boulevard, Milpitas, California 95035.  SanDisk further admits that during

15  portions of the alleged class period it sold certain electronic devices containing NAND flash

16  memory throughout the United States.  SanDisk denies the remaining allegations of paragraph

17  63.     SanDisk is without knowledge or information sufficient to form a belief as to the truth

18  of the allegations of paragraph 63, and on that basis SanDisk denies them.

19  64.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

20  the allegations of paragraph 64, and on that basis SanDisk denies them.

21  65.    SanDisk admits that Plaintiffs purport to define the term "Hitachi," for purposes of this

22  Complaint, as stated in paragraph 65.  SanDisk is without knowledge or information sufficient to

23  form a belief as to the truth of the remaining allegations of paragraph 65, and on that basis

24  SanDisk denies them.

25  66.    SanDisk denies the allegations of paragraph 66.

26  67.    SanDisk denies the allegations of paragraph 67.

27  68.    SanDisk denies the allegations of paragraph 68.

28  69.    SanDisk denies the allegations of paragraph 69.

ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT

1    70.    SanDisk admits that Plaintiffs purport to define the term, "NAND Flash Memory", for

2    purposes of this Complaint, as excluding all types of Flash Memory other than NAND.  SanDisk

3    denies that Plaintiffs' definition is correct or appropriate, or that "NAND Flash Memory" as used

4    in Plaintiffs' Complaint is a relevant antitrust market.  SanDisk further admits that Flash

5    Memory is a type of non-volatile memory that does not need continuous power to maintain the

6    information stored therein.  SanDisk denies the remaining allegations of  paragraph 70.

7    71.    SanDisk admits that NAND and NOR are two types of nonvolatile memory and can be

8    used in electronic devices to retain data without a constant stream of power.  SanDisk admits that

9    NAND Flash Memory has been used with digital cameras, music players and other portable and

10   battery-powered applications, and generally has greater storage capacity on a per-bit basis and

11   lower read speeds than NOR Flash Memory.  SanDisk further admits that in some digital

12   cameras, NOR Flash Memory contains the camera's internal software and NAND Flash Memory

13   is used to store the pictures.   SanDisk denies the remaining allegations of paragraph 71.

14   72.    SanDisk admits that NAND Flash Memory has been used in flash memory cards, flash-

15   based digital music players, USB drives, iPod nanos and iPhones.  SanDisk denies the remaining

16   allegations of paragraph 72.

17   73.    SanDisk admits that NAND Flash Memory generally has faster erase and write times, but

18   lower read times, than NOR Flash Memory.  SanDisk admits that NAND Flash Memory has

19   certain advantages and has been used in consumer applications to provide video, music or data

20   storage.  SanDisk further admits that NAND Flash Memory is generally lower priced on a per-bit

21   basis than NOR Flash Memory.  SanDisk is without knowledge or information sufficient to form

22   a belief as to the truth of the allegations in sentence four of paragraph 73, and on that basis

23   SanDisk denies them.  SanDisk denies the remaining allegations of paragraph 73.

24   74.    SanDisk admits that the NAND Flash Memory industry has grown since its inception.

25   SanDisk admits that NAND Flash Memory has been used in digital cameras, video game

26   consoles, Flash Memory cards, USB flash drives, digital media players and mobile phones.

27   SanDisk admits that certain digital cameras and video game consoles store information and

28   images on removable NAND Flash Memory cards.  SanDisk further admits that digital media

ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT

1  players use NAND Flash Memory to store music, and that USB flash drives are used to copy,

2  store and transfer data between computers.  SanDisk lacks knowledge or information sufficient

3  to form a belief as to the truth of the allegations in the second sentence of paragraph 74 and on

4  that basis SanDisk denies them.  SanDisk denies the remaining allegations of paragraph 74.

5  75.    SanDisk denies the allegations of paragraph 75.

6  76.    SanDisk admits that NAND Flash Memory has been used in CompactFlash, SmartMedia,

7  MultiMedia Cards, Secure Digital Cards, Memory Sticks, and USB flash drives.  SanDisk denies

8  the remaining allegations of paragraph 76 and its subparagraphs.

9  77.    SanDisk admits that NAND Flash Memory has been used in the Sansa e200 digital media

10  player.  SanDisk admits that the photographs displayed in this paragraph of the SanDisk

11  CompactFlash card and the SanDisk USB drive are images of certain devices that have used

12  NAND Flash Memory.  SanDisk is without knowledge or information sufficient to form a belief

13  as to the truth of the allegations concerning other companies' products, and on that basis SanDisk

14  denies them.  SanDisk denies the remaining allegations of paragraph 77 and its subparagraphs.

15  78.    SanDisk admits that NAND and NOR Flash Memory are two types of Flash Memory.

16  SanDisk admits that NAND Flash Memory is generally lower priced than NOR Flash Memory

17  on a per-bit basis.  SanDisk further admits that the NAND Flash Memory industry has grown

18  since its inception.  SanDisk lacks knowledge or information sufficient to form a belief as to the

19  truth of the allegations in the fourth and fifth sentences of paragraph 78 and on that basis

20  SanDisk denies them.  SanDisk denies the remaining allegations of paragraph 78, including the

21  allegations that Flash Memory or NAND Flash Memory are relevant markets.

22  79.    SanDisk denies the allegations of the first sentence of paragraph 79, including any

23  allegation that NAND Flash Memory is a relevant market.  SanDisk lacks knowledge or

24  information sufficient to form a belief as to the truth of the allegations in the second, third and

25  fourth sentences of paragraph 79, and on that basis SanDisk denies them.  SanDisk lacks

26  sufficient information or belief as to the source of the information contained in the chart in

27  paragraph 79, and on that basis SanDisk denies the allegations contained in the chart.  SanDisk

28  denies the allegations of the last sentence of paragraph 79.

**ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT**

1    80.    SanDisk admits that it can take up to 24 months to build a fabrication plant for 12-inch

2    wafers using 45 nanometers process geometries.  SanDisk lacks knowledge or information

3    sufficient to form a belief as to the truth of the allegations in the fifth sentence of paragraph 80,

4    and on that basis SanDisk denies them. SanDisk denies the remaining allegations of paragraph

5    80, including any allegation that NAND Flash Memory is a relevant market.

6    81.    SanDisk has never manufactured or sold either SRAM or DRAM chips.  As a result,

7    SanDisk is without knowledge or information sufficient to form a belief as to the truth of the

8    allegations of paragraph 81 relating to SRAM or DRAM, and on that basis SanDisk denies them.

9    SanDisk denies the remaining allegations of paragraph 81.

10   82.    SanDisk has never manufactured or sold either SRAM or DRAM chips.  As a result,

11   SanDisk is without knowledge or information sufficient to form a belief as to the truth of the

12   allegations of paragraph 82 relating to SRAM or DRAM, and on that basis SanDisk denies them.

13   SanDisk denies the remaining allegations of paragraph 82.

14   83.    SanDisk has never manufactured or sold either SRAM or DRAM chips.  As a result,

15   SanDisk is without knowledge or information sufficient to form a belief as to the truth of the

16   allegations of paragraph 83, and on that basis SanDisk denies them.

17   84.    SanDisk has never manufactured or sold DRAM chips.  As a result, SanDisk is without

18   knowledge or information sufficient to form a belief as to the truth of the allegations of

19   paragraph 84, and on that basis SanDisk denies them.

20   85.    SanDisk has never manufactured or sold DRAM chips.  As a result, SanDisk is without

21   knowledge or information sufficient to form a belief as to the truth of the allegations of

22   paragraph 85 relating to DRAM, and on that basis SanDisk denies them.  SanDisk denies the

23   remaining allegations of paragraph 85.

24   86.    SanDisk denies the allegations of paragraph 86.

25   87.    SanDisk denies the allegations of paragraph 87.

26   88.    SanDisk admits that the price of NAND Flash Memory has declined substantially over

27   time.  SanDisk denies the remaining allegations of paragraph 88.

28

**ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT**

89.    SanDisk admits that the price of NAND Flash Memory has declined substantially over time.  SanDisk is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning other Defendants, and on that basis SanDisk denies them.  SanDisk denies the remaining allegations of paragraph 89.

90.    SanDisk admits that it is a member of JEDEC, the Secure Digital Card Association, the MultiMedia Card Association, and the CompactFlash Association.  SanDisk is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning other Defendants, and on that basis SanDisk denies them.  SanDisk denies the remaining allegations of paragraph 90.

91.    SanDisk admits one or more of its employees attended the CFA meetings, trade shows, and other industry meetings listed in paragraph 91.  SanDisk denies the remaining allegations of paragraph 91.

92.    SanDisk lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the third and fourth sentences of paragraph 92 and on that basis SanDisk denies them.  SanDisk denies the remaining allegations of paragraph 92.

93.    SanDisk denies the allegations of paragraph 93.

94.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 94 and on that basis SanDisk denies them.

95.    SanDisk denies the allegations of paragraph 95.

96.    SanDisk denies the allegations of paragraph 96.

97.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 97 and on that basis SanDisk denies them.

98.    SanDisk admits that certain websites purport to provide certain information about prices of NAND Flash Memory.   SanDisk denies the remaining allegations of paragraph 98.

99.    SanDisk admits that it has had production joint ventures with Toshiba, including FlashVision, LLC that has resulted in the co-development of certain NAND Flash Memory technologies.  SanDisk further admits that it has entered patent cross-licensing and purchase agreements with Samsung and Hynix.  SanDisk denies that these agreements facilitate collusive

**ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT**

1    behavior.  SanDisk is without knowledge or information sufficient to form a belief as to the truth

2    of the allegations concerning other Defendants in paragraph 99, and on that basis SanDisk denies

3    them.  SanDisk denies the remaining allegations of paragraph 99 and its subparagraphs.

4    100.    SanDisk denies the allegations of paragraph 100.

5    101.    SanDisk denies the allegations of paragraph 101.

6    102.    SanDisk denies the allegations of paragraph 102.

7    103.    SanDisk denies the allegations of paragraph 103 and its subparagraphs.

8    104.    SanDisk has never manufactured or sold either SRAM or DRAM chips.  As a result,

9    SanDisk is without knowledge or information sufficient to form a belief as to the truth of the

10    allegations of paragraph 104, and on that basis SanDisk denies them.

11    105.    SanDisk denies the allegations of paragraph 105.

12    106.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

13    the allegations of paragraph 106, and on that basis SanDisk denies them.

14    107.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

15    the allegations of paragraph 107, and on that basis SanDisk denies them.

16    108.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

17    the allegations of paragraph 108, and on that basis SanDisk denies them.

18    109.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

19    the allegations of paragraph 109, and on that basis SanDisk denies them.

20    110.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

21    the allegations of paragraph 110, and on that basis SanDisk denies them.

22    111.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

23    the allegations of the second sentence of paragraph 111, and on that basis SanDisk denies them.

24    SanDisk denies the remaining allegations of paragraph 111.

25    112.    SanDisk admits that the price of NAND Flash Memory has declined substantially over

26    time.  SanDisk lacks knowledge or information sufficient to form a belief as to the truth of the

27    remaining allegations of paragraph 112 and on that basis denies them.

28

**ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT**

1    113.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

2    the allegations of paragraph 113, and on that basis SanDisk denies them.

3    114.    SanDisk denies the allegations of paragraph 114.

4    115.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

5    the allegations of paragraph 115, and on that basis SanDisk denies them.

6    116.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

7    the allegations of paragraph 116, and on that basis SanDisk denies them.

8    117.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

9    the allegations of the first and second sentence of paragraph 117, and on that basis SanDisk

10    denies them.  SanDisk denies the remaining allegations of paragraph 117.

11    118.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

12    the allegations of paragraph 118, and on that basis SanDisk denies them.

13    119.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

14    the allegations of paragraph 119, and on that basis SanDisk denies them.

15    120.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

16    the allegations of paragraph 120, and on that basis SanDisk denies them.

17    121.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

18    the allegations of paragraph 121, and on that basis SanDisk denies them.

19    122.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

20    the allegations of the second sentence of paragraph 122, and on that basis SanDisk denies them.

21    SanDisk denies the remaining allegations of paragraph 122.

22    123.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

23    the allegations of the second, third and fourth sentences of paragraph 123, and on that basis

24    SanDisk denies them.  SanDisk denies the remaining allegations of paragraph 123.

25    124.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

26    the allegations of paragraph 124, and on that basis SanDisk denies them.

27    125.    SanDisk admits that one or more of its employees attended the Flash Memory Summits

28    listed in paragraph 125 and attended the 2007 Summit.  SanDisk denies the remaining allegations

1    of paragraph 125.

2    126.    SanDisk denies the allegations of paragraph 126.

3    127.    SanDisk admits the price of NAND Flash Memory has declined substantially over time.

4    SanDisk denies the remaining allegations of paragraph 127.

5    128.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

6    the allegations of the first and second sentences of paragraph 128, and on that basis SanDisk

7    denies them.  SanDisk denies the remaining allegations of paragraph 128.

8    129.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

9    the allegations of paragraph 129, and on that basis SanDisk denies them.

10    130.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

11    the allegations of paragraph 130, and on that basis SanDisk denies them.

12    131.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

13    the allegations of paragraph 131, and on that basis SanDisk denies them.

14    132.    SanDisk admits that it entered a cross-license agreement with Hynix in 2007.  SanDisk is

15    without knowledge or information sufficient to form a belief as to the truth of the remaining

16    allegations of paragraph 132, and on that basis SanDisk denies them.

17    133.    SanDisk denies the allegations of paragraph 133.

18    134.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

19    the allegations of paragraph 134, and on that basis SanDisk denies them.

20    135.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

21    the allegations of paragraph 135, and on that basis SanDisk denies them.

22    136.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

23    the allegations of paragraph 136, and on that basis SanDisk denies them.

24    137.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

25    the allegations of paragraph 137, and on that basis SanDisk denies them.

26    138.    SanDisk denies the allegations of paragraph 138.

27    139.    SanDisk has never manufactured or sold DRAM chips.  As a result, SanDisk is without

28    knowledge or information sufficient to form a belief as to the truth of the allegations of

ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT

1  paragraph 139, and on that basis SanDisk denies them.

2  140.    SanDisk has never manufactured or sold SRAM chips.  As a result, SanDisk is without

3  knowledge or information sufficient to form a belief as to the truth of the allegations of

4  paragraph 140, and on that basis SanDisk denies them.

5  141.    SanDisk denies the allegations of the first sentence of paragraph 141.  SanDisk further

6  states that it has never manufactured or sold either SRAM or DRAM chips.  As a result, SanDisk

7  is without knowledge or information sufficient to form a belief as to the truth of the remaining

8  allegations of paragraph 141, and on that basis SanDisk denies them.

9  142.    SanDisk admits that it received a grand jury subpoena in connection with a DOJ

10  investigation relating to Flash Memory.  SanDisk is without knowledge or information sufficient

11  to form a belief as to the truth of the allegations in the second, third, and fourth sentences of

12  paragraph 140, and on that basis SanDisk denies them. SanDisk is without knowledge or

13  information sufficient to form a belief as to the truth of the allegations concerning other

14  Defendants of paragraph 142, and on that basis denies them.  SanDisk denies the remaining

15  allegations of paragraph 142.

16  143.    SanDisk states that the United States Department of Justice Antitrust Grand Jury Practice

17  Manual speaks for itself.  SanDisk denies the remaining allegations of paragraph 143.

18  144.    SanDisk admits that both SanDisk Corporation and Eli Harari, its founder and CEO,

19  received grand jury subpoenas in connection with a DOJ investigation relating to NAND Flash

20  Memory.  SanDisk further admits that it received notices from the Canadian Competition Bureau

21  of a Canadian investigation relating to NAND Flash Memory.  SanDisk denies the remaining

22  allegations of paragraph 144.

23  145.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of

24  the allegations of paragraph 145, and on that basis SanDisk denies them.

25  146.    SanDisk admits that it made the statements listed in sentences two and three of paragraph

26  146. SanDisk denies the remaining allegations of paragraph 146.

27  147.    SanDisk denies the allegations of paragraph 147.

28  148.    SanDisk denies the allegations of paragraph 148.

**ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT**

1    149.    SanDisk denies the allegations of paragraph 149.

2    150.    SanDisk admits that fabrication plants use wafers of silicon to form individual NAND

3    memory chips.  SanDisk denies the remaining allegations of paragraph 150.

4    151.    SanDisk admits that it has sold NAND Flash Memory contained within external memory

5    devices and consumer electronic devices, some of which are identifiable as SanDisk products.

6    SanDisk lacks knowledge or information sufficient to form a belief as to the truth of the

7    remaining allegations of paragraph 151 and on that basis SanDisk denies them.

8    152.    SanDisk admits that end users purchase electronic devices containing NAND Flash

9    Memory through multiple distribution channels.  SanDisk denies the remaining allegations of

10   paragraph 152.

11   153.    SanDisk denies the allegations of paragraph 153.

12   154.    SanDisk lacks knowledge or information sufficient to form a belief as to the truth of the

13   allegations of paragraph 154 and on that basis SanDisk denies them.

14   155.    SanDisk denies the allegations of paragraph 155.

15   156.    SanDisk lacks knowledge or information sufficient to form a belief as to the truth of the

16   allegations of paragraph 156 and on that basis SanDisk denies them.

17   157.    SanDisk lacks knowledge or information sufficient to form a belief as to the truth of the

18   allegations of paragraph 157 and on that basis SanDisk denies them.

19   158.    SanDisk states that paragraph 158 purports to quote from an antitrust treatise, which

20   speaks for itself.  SanDisk denies the remaining allegations of paragraph 158.

21   159.    SanDisk lacks knowledge or information sufficient to form a belief as to the truth of the

22   allegations of paragraph 159 and on that basis SanDisk denies them.

23   160.    SanDisk lacks knowledge or information sufficient to form a belief as to the truth of the

24   allegations of paragraph 160 and on that basis SanDisk denies them.

25   161.    SanDisk denies that NAND Flash Memory is a relevant market or that any

26   supracompetitive overcharge existed with respect to NAND Flash Memory products.  SanDisk

27   lacks knowledge or information sufficient to form a belief as to the truth of the remaining

28   allegations of paragraph 161 and on that basis SanDisk denies them.

**ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT**

162.    SanDisk denies the allegations of paragraph 162.

163.    SanDisk admits that Plaintiffs purport to bring this suit as a class action pursuant to Federal Rule of Civil Procedure 23.  SanDisk denies that this action may be maintained as a class action on behalf of the purported class or otherwise.  SanDisk denies the remaining allegations of paragraph 163.

164.    SanDisk admits that Plaintiffs purport to bring this suit as a class action pursuant to Federal Rule of Civil Procedure 23 on behalf of the Indirect-Purchaser State Classes listed in the subparagraphs.  SanDisk denies that this action may be maintained as a class action on behalf of the purported classes or otherwise.  SanDisk denies the remaining allegations of paragraph 164 and its subparagraphs.

165.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 165, and on that basis SanDisk denies them.

166.    SanDisk does not have knowledge or information sufficient to form a belief as to the allegations of Paragraph 166, and on that basis denies them.

167.    SanDisk denies that the questions of law and fact enumerated in subparagraphs (a) through (k) are common to the class defined in Plaintiffs' Complaint, or that such questions could be decided on a class-wide basis.  SanDisk denies the remaining allegations of paragraph 167 and each of its subparagraphs.

168.    SanDisk denies the allegations of paragraph 168.

169.    SanDisk denies the allegations of paragraph 169 and each of its subparagraphs.

170.    SanDisk is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 170, and on that basis SanDisk denies them.

171.    SanDisk denies the allegations of paragraph 171.

172.    SanDisk denies the allegations of paragraph 172.

173.    SanDisk denies the allegations of paragraph 173.

174.    SanDisk states that paragraph 174 states a legal conclusion to which no response is required.  To the extent an answer is required, SanDisk denies the allegations in paragraph 174.

175.    SanDisk hereby incorporates by reference its responses to the allegations contained in

1  paragraphs 1-174 of the Complaint as set forth above.

2  176.    SanDisk denies the allegations of paragraph 176.

3  177.    SanDisk denies the allegations of paragraph 177.

4  178.    SanDisk denies the allegations of paragraph 178 and each of its subparagraphs.

5  179.    SanDisk denies the allegations of paragraph 179 and each of its subparagraphs.

6  180.    SanDisk denies the allegations of paragraph 180.

7  181.    SanDisk denies the allegations of paragraph 181.

8  182.    SanDisk hereby incorporates by reference its responses to the allegations contained in

9  paragraphs 1-181 of the Complaint as set forth above.

10  183.    SanDisk denies the allegations of paragraph 183.

11  184.    SanDisk denies the allegations of paragraph 184.

12  185.    SanDisk admits that Plaintiffs purport to request the relief listed in paragraph 185 on

13  behalf of each of the named Indirect-Purchaser State Classes.  SanDisk denies that Plaintiffs are

14  entitled to that or any other relief, or that this action may be maintained as a class action on

15  behalf of the purported classes or otherwise.  SanDisk denies the remaining allegations of

16  paragraph 185.

17  186.    SanDisk hereby incorporates by reference its responses to the allegations contained in

18  paragraphs 1-185 of the Complaint as set forth above.

19  187.    SanDisk hereby incorporates by reference its responses to the allegations contained in

20  paragraphs 1-186 of the Complaint as set forth above.  SanDisk admits that Plaintiffs purport to

21  request the relief listed in subparagraph (d).  SanDisk denies that Plaintiffs are entitled to that or

22  any other relief, or that this action may be maintained as a class action on behalf of the purported

23  class or otherwise.  SanDisk denies the remaining allegations of paragraph 187 and each of its

24  subparagraphs.

25  188.    SanDisk hereby incorporates by reference its responses to the allegations contained in

26  paragraphs 1-187 of the Complaint as set forth above.  SanDisk admits that Plaintiffs purport to

27  request the relief listed in subparagraph (f).  SanDisk denies that Plaintiffs are entitled to that or

28  any other relief, or that this action may be maintained as a class action on behalf of the purported

ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT

1    class or otherwise. SanDisk denies the remaining allegations of paragraph 188 and each of its

2    subparagraphs.

3    189.    SanDisk hereby incorporates by reference its responses to the allegations contained in

4    paragraphs 1-188 of the Complaint as set forth above. SanDisk admits that Plaintiffs purport to

5    request the relief listed in subparagraph (d). SanDisk denies that Plaintiffs are entitled to that or

6    any other relief, or that this action may be maintained as a class action on behalf of the purported

7    class or otherwise. SanDisk denies the remaining allegations of paragraph 189 and each of its

8    subparagraphs.

9    190.    SanDisk hereby incorporates by reference its responses to the allegations contained in

10    paragraphs 1-189 of the Complaint as set forth above. SanDisk admits that Plaintiffs purport to

11    request the relief listed in subparagraph (d). SanDisk denies that Plaintiffs are entitled to that or

12    any other relief, or that this action may be maintained as a class action on behalf of the purported

13    class or otherwise. SanDisk denies the remaining allegations of paragraph 190 and each of its

14    subparagraphs.

15    191.    SanDisk hereby incorporates by reference its responses to the allegations contained in

16    paragraphs 1-190 of the Complaint as set forth above. SanDisk admits that Plaintiffs purport to

17    request the relief listed in subparagraph (d). SanDisk denies that Plaintiffs are entitled to that or

18    any other relief, or that this action may be maintained as a class action on behalf of the purported

19    class or otherwise. SanDisk denies the remaining allegations of paragraph 191 and each of its

20    subparagraphs.

21    192.    SanDisk hereby incorporates by reference its responses to the allegations contained in

22    paragraphs 1-191 of the Complaint as set forth above. SanDisk admits that Plaintiffs purport to

23    request the relief listed in subparagraph (d). SanDisk denies that Plaintiffs are entitled to that or

24    any other relief. SanDisk denies the remaining allegations of paragraph 192 and each of its

25    subparagraphs.

26    193.    SanDisk hereby incorporates by reference its responses to the allegations contained in

27    paragraphs 1-192 of the Complaint as set forth above. SanDisk admits that Plaintiffs purport to

28    request the relief listed in subparagraph (d). SanDisk denies that Plaintiffs are entitled to that or

ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT

1   any other relief, or that this action may be maintained as a class action on behalf of the purported

2   class or otherwise.  SanDisk denies the remaining allegations of paragraph 193 and each of its

3   subparagraphs.

4   194.    SanDisk hereby incorporates by reference its responses to the allegations contained in

5   paragraphs 1-193 of the Complaint as set forth above.  SanDisk admits that Plaintiffs purport to

6   request the relief listed in subparagraph (d).  SanDisk denies that Plaintiffs are entitled to that or

7   any other relief, or that this action may be maintained as a class action on behalf of the purported

8   class or otherwise.  SanDisk denies the remaining allegations of paragraph 194 and each of its

9   subparagraphs.

10  195.    SanDisk hereby incorporates by reference its responses to the allegations contained in

11  paragraphs 1-194 of the Complaint as set forth above.  SanDisk admits that Plaintiffs purport to

12  request the relief listed in subparagraph (d).  SanDisk denies that Plaintiffs are entitled to that or

13  any other relief, or that this action may be maintained as a class action on behalf of the purported

14  class or otherwise.  SanDisk denies the remaining allegations of paragraph 195 and each of its

15  subparagraphs.

16  196.    SanDisk hereby incorporates by reference its responses to the allegations contained in

17  paragraphs 1-195 of the Complaint as set forth above.  SanDisk admits that Plaintiffs purport to

18  request the relief listed in subparagraph (d).  SanDisk denies that Plaintiffs are entitled to that or

19  any other relief, or that this action may be maintained as a class action on behalf of the purported

20  class or otherwise.  SanDisk denies the remaining allegations of paragraph 196 and each of its

21  subparagraphs.

22  197.    SanDisk hereby incorporates by reference its responses to the allegations contained in

23  paragraphs 1-196 of the Complaint as set forth above.  SanDisk admits that Plaintiffs purport to

24  request the relief listed in subparagraph (d).  SanDisk denies that Plaintiffs are entitled to that or

25  any other relief, or that this action may be maintained as a class action on behalf of the purported

26  class or otherwise.  SanDisk denies the remaining allegations of paragraph 197 and each of its

27  subparagraphs.

28

ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT

1    198.    SanDisk hereby incorporates by reference its responses to the allegations contained in

2    paragraphs 1-197 of the Complaint as set forth above.  SanDisk admits that Plaintiffs purport to

3    request the relief listed in subparagraph (d).  SanDisk denies that Plaintiffs are entitled to that or

4    any other relief, or that this action may be maintained as a class action on behalf of the purported

5    class or otherwise.  SanDisk denies the remaining allegations of paragraph 198 and each of its

6    subparagraphs.

7    199.    SanDisk hereby incorporates by reference its responses to the allegations contained in

8    paragraphs 1-198 of the Complaint as set forth above.  SanDisk admits that Plaintiffs purport to

9    request the relief listed in subparagraph (d).  SanDisk denies that Plaintiffs are entitled to that or

10   any other relief, or that this action may be maintained as a class action on behalf of the purported

11   class or otherwise.  SanDisk denies the remaining allegations of paragraph 199 and each of its

12   subparagraphs.

13   200.    SanDisk hereby incorporates by reference its responses to the allegations contained in

14   paragraphs 1-199 of the Complaint as set forth above.  SanDisk admits that Plaintiffs purport to

15   request the relief listed in subparagraph (d).  SanDisk denies that Plaintiffs are entitled to that or

16   any other relief, or that this action may be maintained as a class action on behalf of the purported

17   class or otherwise.  SanDisk denies the remaining allegations of paragraph 200 and each of its

18   subparagraphs.

19   201.    SanDisk hereby incorporates by reference its responses to the allegations contained in

20   paragraphs 1-200 of the Complaint as set forth above.

21   202.    SanDisk denies the allegations of paragraph 202.

22   203.    SanDisk hereby incorporates by reference its responses to the allegations contained in

23   paragraphs 1-202 of the Complaint as set forth above.  SanDisk admits that Plaintiffs purport to

24   request the relief listed in subparagraph (g).  SanDisk denies that Plaintiffs are entitled to that or

25   any other relief, or that this action may be maintained as a class action on behalf of the purported

26   class or otherwise.  SanDisk denies the remaining allegations of paragraph 203 and each of its

27   subparagraphs.

28

ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT

1    204.    SanDisk hereby incorporates by reference its responses to the allegations contained in

2    paragraphs 1-203 of the Complaint as set forth above.  SanDisk admits that Plaintiffs purport to

3    request the relief listed in subparagraph (l).  SanDisk denies that Plaintiffs are entitled to that or

4    any other relief, or that this action may be maintained as a class action on behalf of the purported

5    class or otherwise.  SanDisk denies the remaining allegations of paragraph 204 and each of its

6    subparagraphs.

7    205.    SanDisk hereby incorporates by reference its responses to the allegations contained in

8    paragraphs 1-204 of the Complaint as set forth above.  SanDisk admits that Plaintiffs purport to

9    request the relief listed in subparagraph (d).  SanDisk denies that Plaintiffs are entitled to that or

10    any other relief, or that this action may be maintained as a class action on behalf of the purported

11    class or otherwise.  SanDisk denies the remaining allegations of paragraph 205 and each of its

12    subparagraphs.

13    206.    SanDisk hereby incorporates by reference its responses to the allegations contained in

14    paragraphs 1-205 of the Complaint as set forth above.  SanDisk admits that Plaintiffs purport to

15    request the relief listed in subparagraph (g).  SanDisk denies that Plaintiffs are entitled to that or

16    any other relief, or that this action may be maintained as a class action on behalf of the purported

17    class or otherwise.  SanDisk denies the remaining allegations of paragraph 206 and each of its

18    subparagraphs.

19    207.    SanDisk hereby incorporates by reference its responses to the allegations contained in

20    paragraphs 1-206 of the Complaint as set forth above.  SanDisk admits that Plaintiffs purport to

21    request the relief listed in subparagraph (f).  SanDisk denies that Plaintiffs are entitled to that or

22    any other relief, or that this action may be maintained as a class action on behalf of the purported

23    class or otherwise.  SanDisk denies the remaining allegations of paragraph 207 and each of its

24    subparagraphs.

25    208.    SanDisk hereby incorporates by reference its responses to the allegations contained in

26    paragraphs 1-207 of the Complaint as set forth above.  SanDisk admits that Plaintiffs purport to

27    request the relief listed in subparagraph (l).  SanDisk denies that Plaintiffs are entitled to that or

28    any other relief, or that this action may be maintained as a class action on behalf of the purported

ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT

1    class or otherwise.  SanDisk denies the remaining allegations of paragraph 208 and each of its

2    subparagraphs.

3    209.    SanDisk hereby incorporates by reference its responses to the allegations contained in

4    paragraphs 1-208 of the Complaint as set forth above.  SanDisk admits that Plaintiffs purport to

5    request the relief listed in subparagraph (g).  SanDisk denies that Plaintiffs are entitled to that or

6    any other relief, or that this action may be maintained as a class action on behalf of the purported

7    class or otherwise.  SanDisk denies the remaining allegations of paragraph 209 and each of its

8    subparagraphs.

9        SanDisk admits that Plaintiffs purport to request the relief listed in the Prayer for Relief

10   but denies that Plaintiffs are entitled to that or any other relief.

11                                **AFFIRMATIVE DEFENSES**

12       Without assuming any burden of proof that it would not otherwise bear, SanDisk asserts

13   the following separate and additional defenses:

14                                **FIRST AFFIRMATIVE DEFENSE**

15       As a defense to Plaintiffs' Complaint and each and every allegation contained therein,

16   SanDisk alleges that Plaintiffs' claims fail to state facts sufficient to constitute a claim for relief

17   against SanDisk.

18                                **SECOND AFFIRMATIVE DEFENSE**

19       As a defense to Plaintiffs' Complaint and each and every allegation contained therein,

20   SanDisk alleges that its actions were privileged or justified under applicable law, and that

21   Plaintiffs therefore should be barred from recovery.

22                                **THIRD AFFIRMATIVE DEFENSE**

23       As a defense to Plaintiffs' Complaint and each and every allegation contained therein,

24   SanDisk alleges that its actions were undertaken in good faith to advance legitimate business

25   interests and had the effect of promoting, encouraging and increasing competition.

26                                **FOURTH AFFIRMATIVE DEFENSE**

27       As a defense to Plaintiffs' Complaint and each and every allegation contained therein,

28   SanDisk alleges that each of Plaintiffs' claims are barred in whole or in part by applicable

ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT

1  statutes of limitations, including, but not limited to, 15 U.S.C. § 15(b).

2  **FIFTH AFFIRMATIVE DEFENSE**

3  As a defense to Plaintiffs' Complaint and each and every allegation contained therein,

4  SanDisk alleges that Plaintiffs are barred from recovery by the doctrine of laches, by reason of

5  their own conduct, acts, and omissions.

6  **SIXTH AFFIRMATIVE DEFENSE**

7  As a defense to Plaintiffs' Complaint and each and every allegation contained therein,

8  SanDisk alleges that Plaintiffs lack standing to bring the claim asserted therein.

9  **SEVENTH AFFIRMATIVE DEFENSE**

10  As a defense to Plaintiffs' Complaint and each and every allegation contained therein,

11  SanDisk alleges that Plaintiffs have not suffered an injury-in-fact or antitrust injury as a result of

12  SanDisk's alleged conduct.

13  **EIGHTH AFFIRMATIVE DEFENSE**

14  As a defense to Plaintiffs' Complaint and each and every allegation contained therein,

15  SanDisk alleges that Plaintiffs would be unjustly enriched were they allowed to recover any

16  relief alleged to be due.

17  **NINTH AFFIRMATIVE DEFENSE**

18  As a defense to Plaintiffs' Complaint and each and every allegation contained therein,

19  SanDisk alleges that Plaintiffs' claims for damages are barred, in whole or in part, because the

20  alleged damages, if any, are speculative and impossible to ascertain.

21  **TENTH AFFIRMATIVE DEFENSE**

22  As a defense to Plaintiffs' Complaint and each and every allegation contained therein,

23  SanDisk alleges that Plaintiffs failed to mitigate their damages, if any, and that any recovery

24  should be reduced or denied accordingly.

25  **ELEVENTH AFFIRMATIVE DEFENSE**

26  As a defense to Plaintiffs' Complaint and each and every allegation contained therein,

27  SanDisk alleges that Plaintiffs' claims are barred by the doctrines of equitable estoppel and

28  waiver.

ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED<br>CONSOLIDATED CLASS ACTION COMPLAINT

1                    **TWELFTH AFFIRMATIVE DEFENSE**

2          As a defense to Plaintiffs' Complaint and each and every allegation contained therein,

3 SanDisk alleges that Plaintiffs' claims are barred, in whole or in part, by the Foreign Trade

4 Antitrust Improvements Act, 15 U.S.C. § 6a.

5                   **THIRTEENTH AFFIRMATIVE DEFENSE**

6          As a defense to Plaintiffs' Complaint and each and every allegation contained therein,

7 SanDisk alleges that Plaintiffs' claims are barred, in whole or in part, because the alleged

8 conduct of SanDisk that is the subject of Plaintiffs' Complaint occurred outside the United States

9 and was neither directed to nor affected persons or entities in the United States.

10                  **FOURTEENTH AFFIRMATIVE DEFENSE**

11 As a defense to Plaintiffs' Complaint and each and every allegation contained therein, SanDisk

12 alleges that Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs seek

13 damages that are duplicative of damages sought in other actions.

14                   **FIFTEENTH AFFIRMATIVE DEFENSE**

15          As a defense to Plaintiffs' Complaint and each and every allegation contained therein,

16 SanDisk alleges that Plaintiffs' claims for injunctive relief are barred, in whole or in part, insofar

17 as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite

18 showing of threatened future harm or continuing harm.

19                   **SIXTEENTH AFFIRMATIVE DEFENSE**

20          As a defense to Plaintiffs' Complaint and each and every allegation contained therein,

21 SanDisk alleges that Plaintiffs' claims are barred, in whole or in part, because an award of treble

22 damages against SanDisk based on the conduct alleged in Plaintiffs' Complaint would violate the

23 due process clauses of the Fifth and Fourteenth Amendments of the Constitution of the United

24 States.

25                  **SEVENTEENTH AFFIRMATIVE DEFENSE**

26          As a defense to Plaintiffs' Complaint and each and every allegation contained therein,

27 SanDisk alleges that the cause of action alleged in Plaintiffs' Complaint is not suitable for

28 certification as a class action because Plaintiffs' claims and the claims of the putative classes

1    lack commonality, typicality, numerosity, and other similar characteristics necessary to

2    constitute appropriate and viable classes.

3                              **EIGHTEENTH AFFIRMATIVE DEFENSE**

4            As a defense to Plaintiffs' Complaint and each and every allegation contained therein,

5    and without admitting the existence of any contract, combination or conspiracy in restraint of

6    trade, SanDisk alleges that it is entitled to set off any amounts paid to Plaintiffs by any

7    defendants other than SanDisk who have settled, or do settle, Plaintiffs' claims against them in

8    this matter.

9                              **NINETEENTH AFFIRMATIVE DEFENSE**

10           SanDisk adopts and incorporates by reference any applicable defense pleaded by any

11   other defendant not otherwise expressly set forth herein.

12                             **TWENTIETH AFFIRMATIVE DEFENSE**

13           SanDisk hereby gives notice that it intends to rely upon any other matter constituting an

14   avoidance or affirmative defense as set forth in Rule 8(c) of the Federal Rules of Civil

15   Procedure, and that it reserves the right to seek leave to amend this Answer to add to, amend,

16   withdraw or modify these defenses as its investigation continues and as discovery may require.

17

18   **WHEREFORE**, Defendant SanDisk requests that this Court enter judgment for it and against

19   Plaintiffs, and award SanDisk costs and other such relief as the Court deems appropriate.

20   DATED:  June 1, 2009

21

22                                       Bingham McCutchen LLP

23

24                               By:_____/s/ Frank Hinman_____

25                                       Frank M. Hinman
                                         Attorneys for Defendant
26                                       SanDisk Corporation

27

28

ANSWER TO INDIRECT-PURCHASER PLAINTIFFS' FIRST AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT