1   MICHAEL F. TUBACH (S.B. #145955)
    mtubach@omm.com
2   RYAN J. PADDEN (S.B. #: 204515)
    rpadden@omm.com
3   CHRISTOPHER S. HALES (S.B. #: 233349)
    chales@omm.com
4   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
5   San Francisco, CA  94111-3823
    Telephone:     (415) 984-8700
6   Facsimile:     (415) 984-8701

7   KENNETH R. O'ROURKE (S.B. #120144)
    korourke@omm.com
8   O'MELVENY & MYERS LLP
    400 South Hope Street
9   Los Angeles, CA  90071-2899
    Telephone:     (213) 430-6000
10  Facsimile:     (213) 430-6407

11

    Attorneys for Defendants
12  HYNIX SEMICONDUCTOR, INC. and
    HYNIX SEMICONDUCTOR AMERICA INC.

13

14              **UNITED STATES DISTRICT COURT**

15      **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

16

17  IN RE FLASH MEMORY ANTITRUST          Case No.  C07-0086 SBA
    LITIGATION
18                                         **ANSWER OF DEFENDANTS HYNIX**
                                           **SEMICONDUCTOR INC. AND HYNIX**
19  ─────────────────────────────         **SEMICONDUCTOR AMERICA INC. TO**
                                           **DIRECT PURCHASER PLAINTIFFS'**
20  This Document Relates to:             **CONSOLIDATED CLASS ACTION**
                                           **COMPLAINT**
21  ALL DIRECT PURCHASER ACTIONS
                                           **DEMAND FOR JURY TRIAL**
22                    .

23

24

25

26

27

28

1    Defendants Hynix Semiconductor Inc. ("HSI") and Hynix Semiconductor America Inc.

2    ("HSA") (collectively referred to as "Hynix"), by and through their attorneys, answer the

3    Consolidated Direct Purchaser Class Action Complaint ("Complaint") and allege their affirmative

4    defenses as follows.  Hynix denies all allegations contained in the table of contents, section

5    headings, graphs, or other portions of the Complaint that are not contained within the specifically

6    numbered Paragraphs of the Complaint.  Unless otherwise specifically noted, Hynix lacks

7    knowledge or information sufficient to admit or deny the truth of allegations concerning persons

8    other than Hynix.  To the extent that the Complaint contains such allegations concerning other

9    persons, Hynix denies that they support any claim for relief against Hynix.  Hynix objects to

10   responding to any legal conclusions contained within the Complaint.

11       1.    Hynix admits that Plaintiffs purport to bring this action to recover alleged

12   damages.  Hynix admits that flash memory is a form of electronic memory used in certain

13   electronic devices.  Hynix denies that the description of flash memory--both NAND flash

14   memory and NOR flash memory-- is accurate or complete, and on that basis denies each and

15   every allegation in Paragraph 1.  To the extent that the allegations in Paragraph 1 are directed to

16   Hynix, Hynix denies that HSI or HSA participated in the price-fixing conspiracy alleged in the

17   Complaint and specifically denies that Plaintiffs suffered damages resulting from Hynix's

18   conduct, or at all.  Hynix lacks knowledge or information sufficient to form a belief as to the truth

19   of the remaining allegations in Paragraph 1, and on that basis denies each and every such

20   allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in

21   Paragraph 1.

22       2.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of

23   the allegations in Paragraph 2, and on that basis denies each and every such allegation.  To the

24   extent that the allegations in Paragraph 2 are directed to Hynix, Hynix denies each and every such

25   allegation and specifically denies that Plaintiffs suffered injuries resulting from Hynix's conduct,

26   or at all.  Except as otherwise expressly admitted, Hynix denies each and every allegation in

27   Paragraph 2.

28       3.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of

HYNIX'S ANSWER TO DIRECT PURCHASER
CLASS COMPLAINT
C07-0086 SBA

1   the allegations contained in Paragraph 3, and on that basis denies each and every such allegation.

2   Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 3.

3        4.      Hynix lacks knowledge or information sufficient to form a belief as to the truth of

4   the allegations contained in Paragraph 4, and on that basis denies each and every such allegation.

5   Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 4.

6        5.      Paragraph 5 contains Plaintiffs' characterization of parties to this action, to which

7   no response is required.  To the extent a response is required, Hynix lacks knowledge or

8   information sufficient to form a belief as to the alleged entities and the legal relationship, if any,

9   between them and on that basis denies each and every such allegation.  Except as otherwise

10  expressly admitted, Hynix denies each and every allegation in Paragraph 5.

11       6.      Hynix lacks knowledge or information sufficient to form a belief as to the truth of

12  the allegations contained in Paragraph 6, and on that basis denies each and every such allegation.

13  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 6.

14       7.      Hynix lacks knowledge or information sufficient to form a belief as to the truth of

15  the allegations contained in Paragraph 7 and on that basis denies each and every such allegation.

16  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 7.

17       8.      Hynix lacks knowledge or information sufficient to form a belief as to the truth of

18  the allegations contained in Paragraph 8, and on that basis denies each and every such allegation.

19  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 8.

20       9.      Paragraph 9 contains Plaintiffs' characterization of parties to this action, to which

21  no response is required.  To the extent a response is required, Hynix lacks knowledge or

22  information sufficient to form a belief as to the alleged entities and the legal relationship, if any,

23  between them and on that basis denies each and every such allegation.  Except as otherwise

24  expressly admitted, Hynix denies each and every allegation in Paragraph 9.

25       10.     Hynix admits that HSI is a South Korean corporation with its principal place of

26  business in South Korea, and that Hynix maintains a facility at SAN 136-1, Ami-ri, Bubal-eub,

27  Icheon-si, Gyeonggi-do, Korea.  Except as otherwise expressly admitted, Hynix denies each and

28  every allegation in Paragraph 10.

HYNIX'S ANSWER TO DIRECT PURCHASER
CLASS COMPLAINT
C07-0086 SBA

11.    Hynix admits that HSA has its principal place of business in California, that HSA maintains offices at the address listed in Paragraph 11, and that HSA sold NAND flash memory to customers in the United States.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 11.

12.    Hynix admits that Plaintiffs have defined "Hynix" to refer to Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. but denies that such definition has any legal effect or any bearing on the legal relationship between HSA and HSI.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 12.

13.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 and on that basis denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 13.

14.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14, and on that basis denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 14.

15.    Paragraph 15 contains Plaintiffs' characterization of parties to this action, to which no response is required.  To the extent a response is required, Hynix lacks knowledge or information sufficient to form a belief as to the alleged entities and the legal relationship, if any, between them and on that basis denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 15.

16.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16, and on that basis denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 16.

17.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17, and on that basis denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 17.

18.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18, and on that basis denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 18.

19.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19, and on that basis denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 19.

20.    Paragraph 20 contains Plaintiffs' characterization of parties to this action, to which no response is required.  To the extent a response is required, Hynix lacks knowledge or information sufficient to form a belief as to the alleged entities and the legal relationship, if any, between them and on that basis denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 20.

21.    Paragraph 21 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required.  To the extent a response is required and the allegations in Paragraph 21 are directed to Hynix, Hynix denies each and every such allegation.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 21, and on that basis denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 21.

22.    Paragraph 22 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required.  To the extent a response is required and the allegations in Paragraph 22 are directed to Hynix, Hynix denies each and every such allegation.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 22, and on that basis denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 22.

23.    Paragraph 23 states legal conclusions and Plaintiffs' characterization of this action, to which no response is required.  To the extent a response is required and the allegations in Paragraph 23 are directed to Hynix, Hynix denies each and every such allegation.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 23, and on that basis denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 23.

24.    Hynix admits that Plaintiffs are attempting to bring this action pursuant to Sections 4 and 16 of the Clayton Act (15 U.S.C. §§ 15 and 26) and Section 1 of the Sherman Act (15

1    U.S.C. § 1) but denies that Hynix has committed any wrongdoing or violation of law that would

2    entitle Plaintiffs to any relief from Hynix and further denies that Plaintiffs have been injured by

3    Hynix, or at all, or are entitled to any of the relief specified in Paragraph 24 or otherwise.  In

4    addition, Paragraph 24 consists of legal conclusions and Plaintiffs' characterization of this action,

5    to which no response is required.  To the extent that a response is required and the allegations

6    contained in Paragraph 24 are directed to Hynix, Hynix denies each and every such allegation.

7    Hynix lacks knowledge or information sufficient to form a belief as to the truth of the remaining

8    allegations in Paragraph 24, and on that basis denies each and every such allegation.  Except as

9    otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 24.

10          25.     Hynix admits that the Court has jurisdiction over claims brought pursuant to 28

11   U.S.C. §§ 1331 and 1337 and Sections 4 and 16 of the Clayton Act (15 U.S.C. §§ 15 and 26).

12   Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 25.

13          26.     Paragraph 26 asserts legal conclusions and Plaintiffs' characterization of this

14   action, to which no response is required.  To the extent that a response is required and the

15   allegations in Paragraph 26 are directed at Hynix, Hynix admits that HSA transacts business in

16   the Northern District of California and maintains a place of business here.  Hynix lacks

17   knowledge or information sufficient to form a belief as to the truth of the remaining allegations in

18   Paragraph 26, and on that basis denies each and every such allegation.  Except as otherwise

19   expressly admitted, Hynix denies each and every allegation in Paragraph 26.

20          27.     Paragraph 27 asserts legal conclusions and Plaintiffs' characterization of this

21   action, to which no response is required.  To the extent that Paragraph 27 may be deemed to

22   require a response, Hynix denies each and every allegation therein.  Hynix denies that this action

23   may be maintained as a class action on behalf of the purported class or otherwise.  Except as

24   otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 27.

25          28.     Paragraph 28 contains Plaintiff's characterization of this action, to which no

26   response is required.  To the extent that Paragraph 28 may be deemed to require a response and

27   the allegations in Paragraph 28 are directed to Hynix, Hynix denies each and every such

28   allegation.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the

1   remaining allegations in Paragraph 28, and on that basis denies each and every such allegation.

2   Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 28.

3          29.     Paragraph 29 asserts legal conclusions and Plaintiffs' characterization of this

4   action, to which no response is required.  To the extent that Paragraph 29 may be deemed to

5   require a response, Hynix denies each and every allegation therein.  Hynix lacks knowledge or

6   information sufficient to form a belief as to the truth of the allegations regarding Plaintiffs'

7   knowledge or beliefs, and on that basis denies each and every such allegation.  Hynix denies that

8   this action may be maintained as a class action on behalf of the purported class or otherwise.

9   Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 29.

10         30.     Paragraph 30 asserts legal conclusions and Plaintiffs' characterization of this

11  action, to which no response is required.  To the extent Paragraph 30 may be deemed to require a

12  response, Hynix denies each and every allegation in Paragraph 30.  Hynix denies that this action

13  may be maintained as a class action on behalf of the purported class or otherwise.  Except as

14  otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 30.

15         31.     Paragraph 31 asserts legal conclusions and Plaintiffs' characterization of this

16  action, to which no response is required.  To the extent that Paragraph 31 may be deemed to

17  require a response, Hynix denies each and every allegation therein.  Hynix denies that this action

18  may be maintained as a class action on behalf of the purported class or otherwise.  Except as

19  otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 31.

20         32.     Paragraph 32 asserts legal conclusions and Plaintiffs' characterization of this

21  action, to which no response is required.  To the extent Paragraph 32 may be deemed to require a

22  response, Hynix denies each and every allegation in Paragraph 32, including all subparts.  Hynix

23  denies that this action may be maintained as a class action on behalf of the purported class or

24  otherwise.  Except as otherwise expressly admitted, Hynix denies each and every allegation in

25  Paragraph 32.

26         33.     Paragraph 33 asserts legal conclusions and Plaintiffs' characterization of this

27  action, to which no response is required.  To the extent Paragraph 33 may be deemed to require a

28  response, Hynix denies each and every allegation in Paragraph 33.  Hynix denies that this action

HYNIX'S ANSWER TO DIRECT PURCHASER
CLASS COMPLAINT
C07-0086 SBA

1    may be maintained as a class action on behalf of the purported class or otherwise.  Except as

2    otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 33.

3        34.    Paragraph 34 asserts legal conclusions and Plaintiffs' characterization of this

4    action, to which no response is required.  To the extent Paragraph 34 may be deemed to require a

5    response, Hynix denies each and every allegation in Paragraph 34.  Hynix denies that this action

6    may be maintained as a class action on behalf of the purported class or otherwise.  Except as

7    otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 34.

8        35.    Paragraph 35 asserts legal conclusions and Plaintiffs' characterization of this

9    action, to which no response is required.  To the extent Paragraph 35 may be deemed to require a

10   response, Hynix denies each and every allegation in Paragraph 35.  Hynix denies that this action

11   may be maintained as a class action on behalf of the purported class or otherwise.  Except as

12   otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 35.

13       36.    Paragraph 36 asserts legal conclusions and Plaintiffs' characterization of this

14   action, to which no response is required.  To the extent Paragraph 36 may be deemed to require a

15   response, Hynix denies each and every allegation in Paragraph 36.  Hynix denies that this action

16   may be maintained as a class action on behalf of the purported class or otherwise.  Except as

17   otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 36.

18       37.    Paragraph 37 asserts legal conclusions and Plaintiffs' characterization of this

19   action, to which no response is required.  To the extent Paragraph 37 may be deemed to require a

20   response, Hynix denies each and every allegation in Paragraph 37.  Hynix denies that this action

21   may be maintained as a class action on behalf of the purported class or otherwise.  Except as

22   otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 37.

23       38.    Hynix admits that HSA sold NAND flash memory in the United States during

24   certain periods from 2004 to present.  Hynix lacks knowledge or information sufficient to form a

25   belief as to the truth of the remaining allegations in Paragraph 38, and on this basis denies each

26   and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every

27   allegation in Paragraph 38.

28       39.    Hynix denies that the description of flash memory is accurate or complete but

HYNIX'S ANSWER TO DIRECT PURCHASER
CLASS COMPLAINT
C07-0086 SBA

admits that flash memory is a form of electronic memory that is technologically distinct from DRAM and SRAM.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 39.

40.    Hynix denies that the description of NOR flash memory is accurate or complete, and on that basis denies each and every allegation in Paragraph 40.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 regarding entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that the allegations in Paragraph 40 are directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 40.

41.    Hynix denies that the description of NAND flash memory is accurate or complete, and on that basis denies each and every allegation in Paragraph 41.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 regarding entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that the allegations in Paragraph 41 are directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 41.

42.    Hynix denies that the description of NAND flash memory is accurate or complete, and on that basis denies each and every allegation in Paragraph 42.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 regarding entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that the allegations in Paragraph 42 are directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 42.

43.    Hynix denies that the description of NAND flash memory is accurate or complete, and on that basis denies each and every such allegation in Paragraph 43.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 regarding entities other than Hynix, and on that basis denies each and every such allegation.  To

the extent that the allegations in Paragraph 43 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 43.

44.     Hynix denies that the description of the NAND flash memory industry is accurate or complete, and on that basis denies each and every such allegation in Paragraph 44. Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 regarding entities other than Hynix, and on that basis denies each and every such allegation. To the extent that the allegations in Paragraph 44 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 44.

45.     Hynix denies that the description of the NAND flash memory industry is accurate or complete, and on that basis denies each and every such allegation in Paragraph 45. Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 regarding entities other than Hynix, and on that basis denies each and every such allegation. To the extent that the allegations in Paragraph 45 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 45.

46.     Hynix denies that the description of the NAND flash memory is accurate or complete, and on that basis denies each and every such allegation in Paragraph 46. Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 regarding entities other than Hynix, and on that basis denies each and every such allegation. To the extent that the allegations in Paragraph 46 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 46.

47.     Paragraph 47 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required. To the extent that Paragraph 47 may be deemed to require a response, Hynix denies that the description of the NAND flash memory industry is accurate or complete, and on that basis denies each and every allegation in Paragraph 47. Hynix

1    lacks knowledge or information sufficient to form a belief as to the truth of the allegations in

2    Paragraph 47 regarding entities other than Hynix, and on that basis denies each and every such

3    allegation.  To the extent that the allegations in Paragraph 47 are directed to Hynix, Hynix denies

4    each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and

5    every allegation in Paragraph 47.

6           48.     Paragraph 48 asserts legal conclusions and Plaintiffs' characterization of this

7    action, to which no response is required.  To the extent that Paragraph 48 may be deemed to

8    require a response, Hynix denies that the description of the NAND flash memory industry is

9    accurate or complete, and on that basis denies each and every allegation in Paragraph 48.  Hynix

10   lacks knowledge or information sufficient to form a belief as to the truth of the allegations in

11   Paragraph 48 regarding entities other than Hynix, and on that basis denies each and every such

12   allegation.  To the extent that the allegations in Paragraph 48 are directed to Hynix, Hynix denies

13   each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and

14   every allegation in Paragraph 48.

15          49.     Hynix lacks knowledge or information sufficient to form a belief as to the truth of

16   the allegations in Paragraph 49 regarding entities other than Hynix, and on that basis denies each

17   and every such allegation.  To the extent that the allegations in Paragraph 49 are directed to

18   Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted,

19   Hynix denies each and every allegation in Paragraph 49, and answers each of the subparts of

20   Paragraph 49 as follows:

21          a.      Hynix lacks knowledge or information sufficient to form a belief as to the truth of

22   the allegations in Paragraph 49(a) regarding entities other than Hynix, and on that basis denies

23   each and every such allegation.  To the extent that the allegations in Paragraph 49(a) are directed

24   to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted,

25   Hynix denies each and every allegation in Paragraph 49(a).

26          b.      Hynix lacks knowledge or information sufficient to form a belief as to the truth of

27   the allegations in Paragraph 49(b) regarding entities other than Hynix, and on that basis denies

28   each and every such allegation.  To the extent that the allegations in Paragraph 49(b) are directed

1    to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted,

2    Hynix denies each and every allegation in Paragraph 49(b).

3             c.        Hynix lacks knowledge or information sufficient to form a belief as to the truth of

4    the allegations in Paragraph 49(c) regarding entities other than Hynix, and on that basis denies

5    each and every such allegation.  To the extent that the allegations in Paragraph 49(c) are directed

6    to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted,

7    Hynix denies each and every allegation in Paragraph 49(c).

8             d.        Hynix lacks knowledge or information sufficient to form a belief as to the truth of

9    the allegations in Paragraph 49(d) regarding entities other than Hynix, and on that basis denies

10   each and every such allegation.  To the extent that the allegations in Paragraph 49(d) are directed

11   to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted,

12   Hynix denies each and every allegation in Paragraph 49(d).

13            e.        Hynix lacks knowledge or information sufficient to form a belief as to the truth of

14   the allegations in Paragraph 49(e) regarding entities other than Hynix, and on that basis denies

15   each and every such allegation.  To the extent that the allegations in Paragraph 49(e) are directed

16   to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted,

17   Hynix denies each and every allegation in Paragraph 49(e).

18            f.        Hynix lacks knowledge or information sufficient to form a belief as to the truth of

19   the allegations in Paragraph 49(f) regarding entities other than Hynix, and on that basis denies

20   each and every such allegation.  To the extent that the allegations in Paragraph 49(f) are directed

21   to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted,

22   Hynix denies each and every allegation in Paragraph 49(f).

23            g.        Hynix lacks knowledge or information sufficient to form a belief as to the truth of

24   the allegations in Paragraph 49(g) regarding entities other than Hynix, and on that basis denies

25   each and every such allegation.  To the extent that the allegations in Paragraph 49(g) are directed

26   to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted,

27   Hynix denies each and every allegation in Paragraph 49(g).

28            h.        Hynix lacks knowledge or information sufficient to form a belief as to the truth of

the allegations in Paragraph 49(h) regarding entities other than Hynix, and on that basis denies

each and every such allegation.  To the extent that the allegations in Paragraph 49(h) are directed

to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted,

Hynix denies each and every allegation in Paragraph 49(h).

i.        Hynix admits that a March 20, 2007 press release announced a patent cross license

and product supply agreement between HSI and Toshiba Corporation and contained the words

quoted in Paragraph 49(i).  Hynix lacks knowledge or information sufficient to form a belief as to

the truth of the allegations in Paragraph 49(i) regarding entities other than Hynix, and on that

basis denies each and every such allegation.  Except as otherwise expressly admitted, Hynix

denies each and every allegation in Paragraph 49(i).

j.        Hynix admits that a March 21, 2007 press release announced a patent cross license

with SanDisk covering Flash memory components and it also announced a product supply

agreement.  Hynix admits that a March 21, 2007 press release stated that Hynix and SanDisk

signed a memorandum of understanding that outlines a joint venture contemplated between the

two companies which will manufacture memory components and sell NAND memory system

solutions.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 49(j) regarding entities other than Hynix, and on that basis denies each

and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every

allegation in Paragraph 49(j).

k.        Hynix lacks knowledge or information sufficient to form a belief as to the truth of

the allegations in Paragraph 49(k) regarding entities other than Hynix, and on that basis denies

each and every such allegation.  To the extent that the allegations in Paragraph 49(k) are directed

to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted,

Hynix denies each and every allegation in Paragraph 49(k).

50.        Hynix admits that it was a member of Open NAND Flash Interface Group

("ONFI"), JEDEC Solid State Technology Association ("JEDEC"), and the Korea Semiconductor

Industry Association ("KSIA").  To the extent that the remaining allegations in Paragraph 50 are

directed to Hynix, Hynix denies each and every such allegation.  Hynix lacks knowledge or

1    information sufficient to form a belief as to the truth of the allegations in Paragraph 50 regarding

2    entities other than Hynix, and on that basis denies each and every such allegation.  Except as

3    otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 50.

4          51.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of

5    the allegations in Paragraph 51 regarding entities other than Hynix, and on that basis denies each

6    and every such allegation.  To the extent that the allegations in Paragraph 51 are directed to

7    Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted,

8    Hynix denies each and every allegation in Paragraph 51.

9          52.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of

10    the allegations in Paragraph 52 regarding entities other than Hynix, and on that basis denies each

11    and every such allegation.  To the extent that the allegations in Paragraph 52 are directed to

12    Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted,

13    Hynix denies each and every allegation in Paragraph 52.

14          53.    Hynix admits that it was member of ONFI.  Hynix lacks knowledge or information

15    sufficient to form a belief as to the truth of the allegations in Paragraph 53 regarding entities other

16    than Hynix, and on that basis denies each and every such allegation.  Except as otherwise

17    expressly admitted, Hynix denies each and every allegation in Paragraph 53.

18          54.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of

19    the allegations in Paragraph 54 regarding entities other than Hynix, and on that basis denies each

20    and every such allegation.  To the extent that the remaining allegations in Paragraph 54 are

21    directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly

22    admitted, Hynix denies each and every allegation in Paragraph 54.

23          55.    Hynix admits that it was member of JEDEC.  Hynix lacks knowledge or

24    information sufficient to form a belief as to the truth of the allegations in Paragraph 55 regarding

25    entities other than Hynix, and on that basis denies each and every such allegation.  Except as

26    otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 55.

27          56.    Hynix admits that it was member of the KSIA.  Hynix lacks knowledge or

28    information sufficient to form a belief as to the truth of the allegations in Paragraph 56, and each

1   of its subparts, regarding entities other than Hynix, and on that basis denies each and every such

2   allegation.  To the extent that remaining allegations in Paragraph 56, and each of its subparts, are

3   directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly

4   admitted, Hynix denies each and every allegation in Paragraph 56.

5           57.     Hynix admits that it participated in iSEDEX, the International Semiconductor and

6   Display Exhibit, held in Seoul, Korea.  Hynix lacks knowledge or information sufficient to form a

7   belief as to the truth of the allegations in Paragraph 57 regarding entities other than Hynix, and on

8   that basis denies each and every such allegation.  To the extent that remaining allegations in

9   Paragraph 57, and each of its subparts, are directed to Hynix, Hynix denies each and every such

10  allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in

11  Paragraph 57.

12          58.     Hynix admits that it participated in the "Flash Memory Summit" in Santa Clara,

13  California in 2006, 2007, and 2008.  Hynix lacks knowledge or information sufficient to form a

14  belief as to the truth of the allegations in Paragraph 58 regarding entities other than Hynix, and on

15  that basis denies each and every such allegation.  Except as otherwise expressly admitted, Hynix

16  denies each and every allegation in Paragraph 58.

17          59.     Hynix lacks knowledge or information sufficient to form a belief as to the truth of

18  the allegations in Paragraph 59 regarding entities other than Hynix, and on that basis denies each

19  and every such allegation.  To the extent that the allegations in Paragraph 59 are directed to

20  Hynix, Hynix  denies each and every such allegation.  Except as otherwise expressly admitted,

21  Hynix denies each and every allegation in Paragraph 59.

22          60.     Hynix admits that HSI pleaded guilty on May 11, 2005 to one count of violating

23  the Sherman Act in accordance with the terms of the plea agreement, in connection with the

24  DRAM investigation.  Hynix admits on information and belief that Micron Technology sought

25  amnesty in the DRAM price-fixing investigation.  Hynix admits on information and belief that

26  Honeywell, Unisys, and Sun Microsystems filed separate antitrust actions against DRAM

27  manufacturers.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of

28  the allegations in Paragraph 60 regarding entities other than Hynix, and on that basis denies each

1  and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every

2  allegation in Paragraph 60.

3       61.     Paragraph 61 asserts legal conclusions and Plaintiffs' characterization of this

4  action, to which no response is required.  To the extent that the allegations in Paragraph 61 may

5  be deemed to require a response and are directed at Hynix, Hynix denies each and every such

6  allegation.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the

7  allegations in Paragraph 61 regarding entities other than Hynix, and on that basis denies each and

8  every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every

9  allegation in Paragraph 61.

10       62.     Hynix states that although HSA received a grand jury subpoena in October 2006

11  related to SRAM, on December 22, 2008, Hynix received a letter from the Department of Justice

12  ("DOJ") advising that the SRAM investigation has been closed.  Hynix also states that there were

13  no indictments or criminal charges filed against Hynix or any Hynix employees related to SRAM.

14  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations

15  in Paragraph 62 regarding entities other than Hynix, and on that basis denies each and every such

16  allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in

17  Paragraph 62.

18       63.     Hynix lacks knowledge or information sufficient to form a belief as to the truth of

19  the allegations in Paragraph 63 regarding entities other than Hynix, and on that basis denies each

20  and every such allegation.  To the extent that the allegations in Paragraph 63 are directed to

21  Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted,

22  Hynix denies each and every allegation in Paragraph 63.

23       64.     Hynix admits that HSI and Toshiba have a product supply agreement.  Hynix lacks

24  knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

25  64 regarding entities other than Hynix, and on that basis denies each and every such allegation.

26  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 64.

27       65.     Hynix states that on December 22, 2008, Hynix received a letter from the DOJ that

28  the SRAM investigation had been closed, and on that basis specifically denies that there is any

ongoing SRAM criminal case or alleged illegal conduct.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 regarding entities other than Hynix, on that basis denies each and every such allegation.  To the extent that the allegations in Paragraph 65 are directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 65.

66.    Paragraph 66 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required.  To the extent that the allegations in Paragraph 66 may be deemed to require a response and are directed at Hynix, Hynix denies each and every such allegation.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 regarding entities other than Hynix, and on that basis denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 66.

67.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67 regarding entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that the allegations in Paragraph 67 are directed to Hynix, Hynix  denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 67.

68.    Hynix admits on information and belief that Young Hwan Park, Il Ung Kim, and Thomas Quinn pleaded guilty to violating the Sherman Act in connection with the DRAM investigation pursuant to the terms of those plea agreements.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 regarding persons and entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that a response is required and the allegations in Paragraph 68 are directed at Hynix, then except as otherwise expressly admitted Hynix denies each and every allegation therein.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 68.

69.    Hynix admits that D.S. Kim, C.K. Chung, C.Y. Choi, and K.C. Suh pleaded guilty to one count of violating the Sherman Act relating to DRAM in accordance with the terms of their respective plea agreements.  Hynix admits that in certain capacities and/or at certain times one or

1   more such individuals were involved in and/or had responsibility for NAND Flash Memory

2   pricing in the United States or elsewhere.  Hynix lacks knowledge or information sufficient to

3   form a belief as to the truth of the other allegations in Paragraph 69, and on that basis denies each

4   and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every

5   allegation in Paragraph 69.

6        70.    Hynix admits on information and belief that certain employees of Mosel Vitelic

7   Inc. invoked their Fifth Amendment privilege in response to certain deposition questions in the

8   DRAM litigation.  Hynix lacks knowledge or information sufficient to form a belief as to the truth

9   of the remaining allegations in Paragraph 70 regarding entities other than Hynix, and on that basis

10  denies each and every such allegation.  To the extent that the allegations in Paragraph 70 are

11  directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly

12  admitted, Hynix denies each and every allegation in Paragraph 70.

13       71.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of

14  the allegations in Paragraph 71 regarding Plaintiff's beliefs and entities other than Hynix, and on

15  that basis denies each and every such allegation.  To the extent that the allegations in Paragraph

16  71 are directed to Hynix, Hynix denies each and every such allegation.  Hynix states that *United

17  States v. Gary Swanson,* Case No. 3:06-cr-00692 PJH (N.D. Cal.) ended in a mistrial, and that the

18  United States dismissed the charges against Gary Swanson thereafter.  Except as otherwise

19  expressly admitted, Hynix denies each and every allegation in Paragraph 71.

20       72.    Paragraph 72 asserts legal conclusions and Plaintiffs' characterization of this

21  action, to which no response is required.  To the extent that the allegations in Paragraph 72 may

22  be deemed to require a response and are directed at Hynix, Hynix denies each and every such

23  allegation.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the

24  allegations in Paragraph 72 regarding entities other than Hynix, and on that basis denies each and

25  every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every

26  allegation in Paragraph 72.

27       73.    Paragraph 73 asserts legal conclusions and Plaintiffs' characterization of this

28  action, to which no response is required.  To the extent that the allegations in Paragraph 73 may

be deemed to require a response and are directed at Hynix, Hynix denies each and every such allegation.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73 regarding entities other than Hynix, and on that basis denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 73.

74.    Paragraph 74 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required.  To the extent that the allegations in Paragraph 74 may be deemed to require a response and are directed at Hynix, Hynix denies each and every such allegation.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74 regarding entities other than Hynix, and on that basis denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 74.

75.    Hynix denies that the description of NAND flash memory is accurate or complete, and on that basis denies each and every allegation in Paragraph 75.  Hynix also lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75 regarding entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that the allegations in Paragraph 75 are directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 75.

76.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76 regarding entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that the allegations in Paragraph 76 are directed to Hynix, Hynix  denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 76.

77.    Hynix denies that the description of NAND flash memory and the NAND flash memory market is accurate or complete, and on that basis denies each and every allegation in Paragraph 77.  Hynix also lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 regarding entities other than Hynix, and on that basis

denies each and every such allegation. To the extent that the allegations in Paragraph 77 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 77.

78.    Paragraph 78 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required. To the extent that the allegations in Paragraph 78 may be deemed to require a response and are directed at Hynix, Hynix denies each and every such allegation. Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 regarding entities other than Hynix, and on that basis denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 78.

79.    Paragraph 79 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required. To the extent that the allegations in Paragraph 79 may be deemed to require a response and are directed at Hynix, Hynix denies each and every such allegation. Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 regarding entities other than Hynix, and on that basis denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 79.

80.    Hynix admits that HSA produced a document containing the words quoted in Paragraph 80, but specifically denies that the document quoted relates to flash memory. To the extent that the remaining allegations in Paragraph 80 are directed to Hynix, Hynix denies each and every such allegation. Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 regarding entities other than Hynix, and on that basis denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 80.

81.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 regarding entities other than Hynix, and on that basis denies each and every such allegation. To the extent that the allegations in Paragraph 81 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted,

1   Hynix denies each and every allegation in Paragraph 81.

2   82.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of

3   the allegations in Paragraph 82 regarding entities other than Hynix, and on that basis denies each

4   and every such allegation.  To the extent that the allegations in Paragraph 82 are directed to

5   Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted,

6   Hynix denies each and every allegation in Paragraph 82.

7   83.    Hynix admits that HSA produced a document containing the words quoted in

8   Paragraph 83, but specifically denies that the document quoted relates to flash memory.  To the

9   extent that the remaining allegations in Paragraph 83 are directed to Hynix, Hynix denies each

10  and every such allegation.  Hynix lacks knowledge or information sufficient to form a belief as to

11  the truth of the allegations in Paragraph 83 regarding entities other than Hynix, and on that basis

12  denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies

13  each and every allegation in Paragraph 83.

14  84.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of

15  the allegations in Paragraph 84 regarding entities other than Hynix, and on that basis denies each

16  and every such allegation.  To the extent that the allegations in Paragraph 84 are directed to

17  Hynix, Hynix  denies each and every such allegation.  Except as otherwise expressly admitted,

18  Hynix denies each and every allegation in Paragraph 84.

19  85.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of

20  the allegations in Paragraph 85 regarding entities other than Hynix, and on that basis denies each

21  and every such allegation.  To the extent that the allegations in Paragraph 85 are directed to

22  Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted,

23  Hynix denies each and every allegation in Paragraph 85.

24  86.    Paragraph 86 asserts legal conclusions and Plaintiffs' characterization of this

25  action, to which no response is required.  To the extent that Paragraph 86 may be deemed to

26  require a response, Hynix denies that the description of the NAND flash memory market is

27  accurate or complete, and on that basis denies each and every allegation in Paragraph 86.  Hynix

28  lacks knowledge or information sufficient to form a belief as to the truth of the allegations in

Paragraph 86 regarding entities other than Hynix, and on that basis denies each and every such allegation. To the extent that the allegations in Paragraph 86 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 86.

87.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87 regarding entities other than Hynix, and on that basis denies each and every such allegation. To the extent that the allegations in Paragraph 87 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 87.

88.    Hynix admits on information and belief that D.S. Kim of Hynix and Y.B. Rha of Samsung met for breakfast at a Japanese restaurant in Seoul, Korea in late 2001, but specifically denies that the meeting was about NAND flash memory. Hynix lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 88, and on that basis denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 88.

89.    To the extent that the allegations in Paragraph 89 are directed to Hynix, Hynix denies each and every such allegation. Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89 regarding entities other than Hynix, and on that basis denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 89.

90.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90 regarding entities other than Hynix, and on that basis denies each and every such allegation. To the extent that the allegations in Paragraph 90 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 90.

91.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91 regarding entities other than Hynix, and on that basis denies each and every such allegation. To the extent that the remaining allegations in Paragraph 91 are

1   directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly

2   admitted, Hynix denies each and every allegation in Paragraph 91.

3          92.     Hynix lacks knowledge or information sufficient to form a belief as to the truth of

4   the allegations in Paragraph 92 regarding entities other than Hynix, and on that basis denies each

5   and every such allegation.  To the extent that the allegations in Paragraph 92 are directed to

6   Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted,

7   Hynix denies each and every allegation in Paragraph 92.

8          93.     Hynix lacks knowledge or information sufficient to form a belief as to the truth of

9   the allegations in Paragraph 93 regarding entities other than Hynix, and on that basis denies each

10  and every such allegation.  To the extent that the allegations in Paragraph 93 are directed to

11  Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted,

12  Hynix denies each and every allegation in Paragraph 93.

13         94.     Paragraph 94 asserts legal conclusions and Plaintiffs' characterization of this

14  action, to which no response is required.  To the extent that Paragraph 94 may be deemed to

15  require a response, Hynix denies that the description of the NAND flash memory market is

16  accurate or complete, and on that basis denies each and every allegation in Paragraph 94.  Hynix

17  also lacks knowledge or information sufficient to form a belief as to the truth of the allegations in

18  Paragraph 94 regarding entities other than Hynix, and on that basis denies each and every such

19  allegation.  To the extent that the allegations in Paragraph 94 are directed to Hynix, Hynix denies

20  each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and

21  every allegation in Paragraph 94.

22         95.     Hynix denies that the description of the NAND flash memory market is accurate or

23  complete, and on that basis denies each and every allegation in Paragraph 95.  Hynix also lacks

24  knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

25  95 regarding entities other than Hynix, and on that basis denies each and every such allegation.

26  To the extent that the allegations in Paragraph 95 are directed to Hynix, Hynix denies each and

27  every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every

28  allegation in Paragraph 95.

96.    Paragraph 96 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required.  To the extent that Paragraph 96 may be deemed to require a response, Hynix denies that the description of the NAND flash memory market is accurate or complete, and on that basis denies each and every allegation in Paragraph 96.  Hynix also lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96 regarding entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that the allegations in Paragraph 96 are directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 96.

97.    Paragraph 97 consists of legal argument and conclusions, to which no response is required.  To the extent that Paragraph 97 may be deemed to require a response, Hynix denies that the description of the NAND flash memory market is accurate or complete, and on that basis denies each and every allegation in Paragraph 97.  Hynix also lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97 regarding entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that the allegations in Paragraph 97 are directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 97.

98.    Paragraph 98 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required.  To the extent that Paragraph 98 may be deemed to require a response, Hynix denies that the description of the NAND flash memory market is accurate or complete, and on that basis denies each and every allegation in Paragraph 98.  Hynix also lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98 regarding entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that the allegations in Paragraph 98 are directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 98.

99.    Hynix denies that the description in Paragraph 99 about the NAND flash memory market is accurate or complete, and on that basis denies each and every such

allegation in Paragraph 99. Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99 regarding entities other than Hynix, and on that basis denies each and every such allegation. To the extent that the allegations in Paragraph 99 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 99.

100.    Paragraph 100 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required. To the extent that Paragraph 100 may be deemed to require a response, Hynix denies that the description of the NAND flash memory market is accurate or complete, and on that basis denies each and every allegation in Paragraph 100. Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100 regarding entities other than Hynix, and on that basis denies each and every such allegation. To the extent that the allegations in Paragraph 100 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 100.

101.    Paragraph 101 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required. To the extent that Paragraph 101 may be deemed to require a response, Hynix denies that the description of the NAND flash memory market is accurate or complete, and on that basis denies each and every allegation in Paragraph 101. Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101 regarding entities other than Hynix, and on that basis denies each and every such allegation. To the extent that the allegations in Paragraph 101 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 101.

102.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102 regarding entities other than Hynix, and on that basis denies each and every such allegation. To the extent that the allegations in Paragraph 102 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 102.

103.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103 regarding entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that the remaining allegations in Paragraph 103 are directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 103.

104.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104 regarding entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that the remaining allegations in Paragraph 104 are directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 104.

105.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105 regarding persons and entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that the allegations in Paragraph 105 are directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 105.

106.    Hynix admits that a March 2007 press release announces a patent cross license with Toshiba Corporation and contains the words quoted in Paragraph 106.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106 regarding entities other than Hynix, and on that basis denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 106.

107.    Hynix admits that a March 2007 press release announces a patent cross license with SanDisk covering Flash memory components.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107 regarding entities other than Hynix, and on that basis denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 107.

108.    Paragraph 108 consists of legal argument and conclusion, to which no response is required.  To the extent that Paragraph 108 may be deemed to require a response, Hynix denies

that the description of the NAND flash memory market is accurate or complete, and on that basis denies each and every allegation in Paragraph 108. Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108 regarding entities other than Hynix, and on that basis denies each and every such allegation. To the extent that the allegations in Paragraph 108 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 108.

109. Hynix denies that the description of the NAND flash memory market is accurate or complete, and on that basis denies each and every allegation in Paragraph 109. Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109 regarding entities other than Hynix, and on that basis denies each and every such allegation. To the extent that the allegations in Paragraph 109 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 109.

110. Hynix denies that the description of the NAND flash memory market is accurate or complete, and on that basis denies each and every allegation in Paragraph 110. Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110 regarding entities other than Hynix, and on that basis denies each and every such allegation. To the extent that the allegations in Paragraph 110 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 110.

111. Hynix denies that the description of the NAND flash memory market is accurate or complete, and on that basis denies each and every allegation in Paragraph 111. Hynix also lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111 regarding entities other than Hynix, and on that basis denies each and every such allegation. To the extent that the allegations in Paragraph 111 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 111.

112.     Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112 regarding entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that the allegations in Paragraph 112 are directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 112.

113.     Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113 regarding entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that the allegations in Paragraph 113 are directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 113.

114.     Paragraph 114 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required.  To the extent that Paragraph 114 may be deemed to require a response and are directed to Hynix, Hynix denies each and every such allegation.  Hynix also lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114 regarding entities other than Hynix, and on that basis denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 114.

115.     Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115 regarding entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that the allegations in Paragraph 115 are directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 115.

116.     Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116 regarding entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that the allegations in Paragraph 116 are directed to Hynix, Hynix denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 116.

117.     Hynix lacks knowledge or information sufficient to form a belief as to the truth of

the allegations in Paragraph 117 regarding entities other than Hynix, and on that basis denies each and every such allegation. To the extent that the allegations in Paragraph 117 are directed to Hynix, Hynix denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 117.

118. Paragraph 118 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required. To the extent that Paragraph 118 may be deemed to require a response and are directed to Hynix, Hynix denies each and every such allegation. Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118 regarding entities other than Hynix, and on that basis denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 118.

119. Paragraph 119 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required. To the extent that Paragraph 119 may be deemed to require a response and are directed to Hynix, Hynix denies each and every such allegation. Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119 regarding Plaintiffs and entities other than Hynix, and on that basis denies each and every such allegation therein. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 119.

120. Paragraph 120 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required. To the extent that Paragraph 120 may be deemed to require a response and are directed to Hynix, Hynix denies each and every such allegation. Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120 regarding Plaintiffs' knowledge and entities other than Hynix, and on that basis denies each and every such allegation. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 120.

121. Paragraph 121 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required. To the extent that Paragraph 121 may be deemed to require a response and are directed to Hynix, Hynix denies each and every such allegation. Hynix

1   lacks knowledge or information sufficient to form a belief as to the truth of the allegations in

2   Paragraph 121 regarding entities other than Hynix, and on that basis denies each and every such

3   allegation therein.  Except as otherwise expressly admitted, Hynix denies each and every

4   allegation in Paragraph 121.

5           122.    Paragraph 122 asserts legal conclusions and Plaintiffs' characterization of this

6   action, to which no response is required.  To the extent that Paragraph 122 may be deemed to

7   require a response and are directed to Hynix, Hynix denies each and every such allegation.  Hynix

8   lacks knowledge or information sufficient to form a belief as to the truth of the allegations in

9   Paragraph 122 regarding entities other than Hynix, and on that basis denies each and every such

10  allegation therein.  Except as otherwise expressly admitted, Hynix denies each and every

11  allegation in Paragraph 122.

12          123.    Paragraph 123 asserts legal conclusions and Plaintiffs' characterization of this

13  action, to which no response is required.  To the extent that Paragraph 123 may be deemed to

14  require a response and are directed to Hynix, Hynix denies each and every such allegation.  Hynix

15  lacks knowledge or information sufficient to form a belief as to the truth of the allegations in

16  Paragraph 123 regarding Plaintiffs and entities other than Hynix, and on that basis denies each

17  and every such allegation therein.   Except as otherwise expressly admitted, Hynix denies each

18  and every allegation in Paragraph 123.

19          124.    Hynix admits that HSA produced a document in another litigation containing the

20  words quoted in Paragraph 124, with the exception of a typo in Paragraph 124 which states

21  "making statement" instead of "making statements" as written in the document, but specifically

22  denies that the document quoted relates to flash memory.  To the extent that the remaining

23  allegations in Paragraph 124 are directed to Hynix, Hynix denies each and every such allegation.

24  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations

25  in Paragraph 124 regarding entities other than Hynix, and on that basis denies each and every

26  such allegation therein.  Except as otherwise expressly admitted, Hynix denies each and every

27  allegation in Paragraph 124.

28          125.    Hynix lacks knowledge or information sufficient to form a belief as to the truth of

the allegations in Paragraph 125, and on that basis denies each and every such allegation therein. Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 125.

126.    Hynix admits that HSA produced a document in another litigation containing the words quoted in Paragraph 126, but specifically denies that the document quoted relates to flash memory.  To the extent that the remaining allegations in Paragraph 126 are directed to Hynix, Hynix denies each and every such allegation.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126 regarding entities other than Hynix, and on that basis denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 126.

127.    Paragraph 127 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required.  To the extent that Paragraph 127 may be deemed to require a response and are directed to Hynix, Hynix denies each and every such allegation.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127 regarding entities other than Hynix, and on that basis denies each and every such allegation therein.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 127.

128.    Paragraph 128 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required.  To the extent that Paragraph 128 may be deemed to require a response and are directed to Hynix, Hynix denies each and every such allegation. Paragraph 128 states legal conclusions and Plaintiffs' characterization of this action, to which no response is required.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128 regarding Plaintiffs' knowledge and entities other than Hynix, and on that basis denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 128.

129.    Paragraph 129 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required.  To the extent that Paragraph 129 may be deemed to require a response and are directed to Hynix, Hynix denies each and every such allegation.  Hynix

1    lacks knowledge or information sufficient to form a belief as to the truth of the allegations in

2    Paragraph 129 regarding Plaintiffs and entities other than Hynix, and on that basis denies each

3    and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every

4    allegation in Paragraph 129.

5            130.    Hynix incorporates by reference and restates it responses to the allegations

6    contained in Paragraphs 1 through 129.

7            131.    Paragraph 131 asserts legal conclusions and Plaintiffs' characterization of this

8    action, to which no response is required.  To the extent that Paragraph 131 may be deemed to

9    require a response and are directed to Hynix, Hynix denies each and every such allegation.  Hynix

10    lacks knowledge or information sufficient to form a belief as to the truth of the allegations in

11    Paragraph 131 regarding entities other than Hynix, and on that basis denies each and every such

12    allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in

13    Paragraph 131.

14            132.    Paragraph 132 asserts legal conclusions and Plaintiffs' characterization of this

15    action, to which no response is required.  To the extent that Paragraph 132 and its subparts may

16    be deemed to require a response and are directed to Hynix, Hynix denies each and every such

17    allegation.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the

18    allegations in Paragraph 132, including all of its subparts, regarding entities other than Hynix, and

19    on that basis denies each and every such allegation.  Except as otherwise expressly admitted,

20    Hynix denies each and every allegation in Paragraph 132.

21            133.    Paragraph 133 asserts legal conclusions and Plaintiffs' characterization of this

22    action, to which no response is required.  To the extent that Paragraph 133 may be deemed to

23    require a response and are directed to Hynix, Hynix denies each and every such allegation and

24    specifically denies that Plaintiffs were injured by Hynix or at all.  Hynix lacks knowledge or

25    information sufficient to form a belief as to the truth of the allegations in Paragraph 133,

26    including all of its subparts, regarding entities other than Hynix, and on that basis denies each and

27    every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every

28    allegation in Paragraph 133.

134.    Paragraph 134 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required.  To the extent that Paragraph 134 may be deemed to require a response and are directed to Hynix, Hynix denies each and every such allegation and specifically denies that Plaintiffs were injured by Hynix or at all.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134 regarding entities other than Hynix, and on that basis denies each and every such allegation.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 134.

135.    Paragraph 135 asserts legal conclusions and Plaintiffs' characterization of this action, to which no response is required.  Hynix lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135 regarding entities other than Hynix, and on that basis denies each and every such allegation.  To the extent that a response is required and the allegations in Paragraph 135 are directed to Hynix, Hynix denies each and every such allegation and specifically denies that Plaintiffs are entitled to any relief described or to any remedy whatsoever against Hynix.  Except as otherwise expressly admitted, Hynix denies each and every allegation in Paragraph 135.

In answer to the Prayer for relief, Hynix denies each and every allegation in the Prayer and, further, specifically denies that Plaintiffs are entitled to any relief described or to any remedy whatsoever against Hynix.

ALL ALLEGATIONS NOT EXPRESSLY ADMITTED ARE HEREBY DENIED.

1

## HYNIX'S AFFIRMATIVE DEFENSES

2  Hynix incorporates by reference into each of the affirmative defenses below, as if fully set

3  forth therein, its responses to the allegations contained in Paragraphs 1-135, as set above.  Hynix

4  reserves its right to amend its Answer to assert additional defenses as they may become known

5  during discovery, and without assuming any burden that it would not otherwise bear.

6

### FIRST DEFENSE

7  The Complaint fails to state claims or causes of action upon which relief can be granted.

8

### SECOND DEFENSE

9  Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing to sue.

10

### THIRD DEFENSE

11  Plaintiffs' claims are barred, in whole or in part, because, under any applicable law,

12  Plaintiffs have not suffered any cognizable antitrust injury, including but not limited to (a) "injury

13  in fact" and (b) any injury proximately caused by any conduct of Hynix.

14

### FOURTH DEFENSE

15  Plaintiffs have failed both to allege fraudulent concealment with particularity and to plead

16  the elements of fraudulent concealment under the applicable law.

17

### FIFTH DEFENSE

18  Plaintiffs' claims are barred, in whole or part, because the Complaint fails to plead

19  conspiracy with the particularity required under the applicable law.

20

### SIXTH DEFENSE

21  Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered any

22  cognizable damages.

23

### SEVENTH DEFENSE

24  Plaintiffs have failed to mitigate damages, if any, and any recovery should be reduced or

25  denied accordingly.

26

### EIGHTH DEFENSE

27  To the extent that Hynix is found liable for damages—if any such damages there were or

28  are, the fact and extent of which are expressly denied by Hynix— those damages must be reduced

1    in proportion to Hynix's degree of fault.

2                           **NINTH DEFENSE**

3           The relief sought by Plaintiffs is barred, in whole or in part, because the alleged damages

4    sought are too speculative and uncertain, and because of the impossibility of the ascertaining and

5    allocating of the alleged damages.

6                           **TENTH DEFENSE**

7           Plaintiffs' claims are barred, in whole or in part, because an award of treble damages or of

8    punitive or exemplary damages against Hynix based on the conduct alleged in the Complaint

9    would violate the Due Process Clauses of the Fifth and Fourteenth Amendments to the

10   Constitution of the United States.

11                          **ELEVENTH DEFENSE**

12          Plaintiffs' claims are barred, in whole or in part, because any recovery or relief would

13   unjustly enrich Plaintiffs.

14                          **TWELFTH DEFENSE**

15          Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of Hynix has

16   not unreasonably restrained trade.

17                          **THIRTEENTH DEFENSE**

18          Plaintiffs' claims are barred, in whole or in part, because any actions taken by Hynix did

19   not lessen competition in a relevant market.

20                          **FOURTEENTH DEFENSE**

21          Plaintiffs' claims are barred, in whole or in part, because Hynix's conduct has been

22   reasonable, based upon independent, legitimate business and economic justifications, without any

23   purpose or intent to injure competition.

24                          **FIFTEENTH DEFENSE**

25          Plaintiffs' claims are barred, in whole or in part, because Hynix's actions were taken in

26   the pursuit of its own economic interests, not by wrongful means.

27                          **SIXTEENTH DEFENSE**

28          Plaintiffs' causes of action are barred, in whole or in part, because any act or omission by

1   or on behalf of Hynix alleged in the Complaint was undertaken in good faith, was justified,

2   constituted bona fide business competition, was undertaken in pursuit of legitimate business

3   interests, or is privileged.

### SEVENTEENTH DEFENSE

5       Plaintiffs' claims are barred, in whole or in part, to the extent they are based on alleged

6   acts, conduct, or statements that are specifically permitted by law.

### EIGHTEENTH DEFENSE

8       Plaintiffs' claims are barred, in whole or in part, because they are not based on

9   exclusionary conduct but rather are based on conduct that has the purpose or effect of promoting,

10  encouraging, or increasing competition.

### NINETEENTH DEFENSE

12      Plaintiffs' claims against Hynix are barred to the extent that any actionable conduct was

13  committed by any individual acting ultra vires.

### TWENTIETH DEFENSE

15      Plaintiffs' alleged damages, if any, resulted from the acts or omissions of third parties

16  over whom Hynix had no control.  The acts of such third parties constitute intervening or

17  superseding causes of the harm, if any, suffered by Plaintiffs.

### TWENTY-FIRST DEFENSE

19      To the extent any actionable conduct occurred, it occurred by entities independent from

20  and not controlled by Hynix.

### TWENTY-SECOND DEFENSE

22      Plaintiffs' alleged damages, if any, were caused by their own actions or the actions of

23  persons or entities over which Hynix had no control, and were not proximately caused by Hynix.

### TWENTY-THIRD DEFENSE

25      Plaintiffs' claims are barred, in whole or in part, to the extent that any claimed injury or

26  damages have been offset by benefits received with respect to the challenged conduct.

### TWENTY-FOURTH DEFENSE

28      Plaintiffs may not maintain this lawsuit as a class action because common issues of fact

1    and law do not predominate over individual issues.

2                               **TWENTY-FIFTH DEFENSE**

3           Plaintiffs may not maintain this lawsuit as a class action because the purported claims of

4    the purported class representatives are not sufficiently typical of those of the purported class.

5                               **TWENTY-SIXTH DEFENSE**

6           Plaintiffs may not maintain this lawsuit as a class action because either the purported class

7    representatives or their counsel or both will not fairly and adequately represent the purported

8    class.

9                              **TWENTY-SEVENTH DEFENSE**

10          Plaintiffs may not maintain this lawsuit as a class action because a class action is not a

11   superior or manageable method for adjudicating the purported claims set forth in the Complaint.

12                              **TWENTY-EIGHTH DEFENSE**

13          Plaintiffs may not maintain this lawsuit as a class action because the interests of the

14   purported class members are in conflict with each other.

15                               **TWENTY-NINTH DEFENSE**

16          Plaintiffs may not maintain this lawsuit as a class action because "injury in fact" cannot be

17   proven on a class-wide basis.

18                                 **THIRTIETH DEFENSE**

19          Plaintiffs may not maintain this lawsuit as a class action because damages cannot be

20   proven on a class-wide basis.

21                               **THIRTY-FIRST DEFENSE**

22          Plaintiffs may not maintain this lawsuit as a class action because this Court does not have

23   jurisdiction over one or more members of the purported class.

24                              **THIRTY-SECOND DEFENSE**

25          Hynix did not engage in any materially deceptive trade conduct with respect to the

26   Plaintiffs or putative class members.

27                               **THIRTY-THIRD DEFENSE**

28          The claims of Plaintiffs and the putative class members are barred, in whole or in part,

1  because Plaintiffs and the putative class members did not detrimentally rely on any alleged

2  deceptive trade conduct by Hynix.

3  ### THIRTY-FOURTH DEFENSE

4  Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of Hynix that

5  is the subject of the Complaint either occurred outside of the jurisdiction of the Court or was

6  neither directed to nor affected persons, entities or commerce in the United States or both.

7  ### THIRTY-FIFTH DEFENSE

8  To the extent Plaintiffs purport to seek relief on behalf of purported class members who

9  have not suffered any damages, the Complaint and each of its claims for relief therein violate

10  Hynix's rights to due process under the constitutions of various states and of the United States.

11  ### THIRTY-SIXTH DEFENSE

12  Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

13  ### THIRTY-SEVENTH DEFENSE

14  Plaintiffs' claims are barred, in whole or in part, by the equitable doctrine of unclean

15  hands.

16  ### THIRTY-EIGHTH DEFENSE

17  Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver and estoppel.

18  ### THIRTY-NINTH DEFENSE

19  Plaintiffs' claims for equitable relief are barred because Plaintiffs and members of the

20  potential class have an adequate remedy at law.

21  ### FORTIETH DEFENSE

22  Plaintiffs have failed to state a claim for injunction insofar as they seek to enjoin alleged

23  events that have already transpired without the requisite showing of threatened future harm or

24  continuing violation.

25  ### FORTY-FIRST DEFENSE

26  As a matter of constitutional right and substantive due process, Hynix is entitled to

27  contest, by jury trial, its liability for damages to any particular individual plaintiff, even if the

28  representatives of the putative class prevail on their claims.

1

**FORTY-SECOND DEFENSE**

2          Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitations.

3

**FORTY-THIRD DEFENSE**

4          Plaintiffs' claims are barred, in whole or in part, because they do not have standing under

5    the applicable laws.

6

**FORTY-FOURTH DEFENSE**

7          Hynix hereby adopts and incorporates by reference any additional defenses asserted by the

8    other Defendants in this proceeding insofar as those defenses may properly be asserted by Hynix.

9

**FORTY-FIFTH DEFENSE**

10         Hynix reserves the right to amend this answer in order to add any additional affirmative

11   defenses that may become necessary under the statute.

12

13

**PRAYER FOR RELIEF**

14         WHEREFORE, Defendant Hynix prays:

15         1.          That the Complaint be dismissed as against Hynix with prejudice;

16         2.          For costs of suit and reasonable attorneys' fees incurred herein; and

17         3.          For such other relief as the Court deems just and proper.

18

19

**DEMAND FOR JURY TRIAL**

20         Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendants Hynix

21   Semiconductor Inc. and Hynix Semiconductor America Inc. hereby demand a trial by jury of all

22   issues.

23

24

25

26

27

28

HYNIX'S ANSWER TO DIRECT PURCHASER
CLASS COMPLAINT
C07-0086 SBA

1

2      Dated: June 1, 2009                    Respectfully submitted,

3                                             MICHAEL F. TUBACH
                                              O'MELVENY & MYERS LLP
4

5
                                              By: _/s/ Michael F. Tubach_____
6                                                    Michael F. Tubach
                                              Attorneys for Defendants
7                                             HYNIX SEMICONDUCTOR, INC. and
                                              HYNIX SEMICONDUCTOR AMERICA
8                                             INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28