COUNSEL LISTED ON SIGNATURE PAGE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE FLASH MEMORY ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. C-07-00086 SBA<br><br>**STIPULATION AND ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY** |

    The Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs and Defendants agree as follows regarding the timing and scope of any expert discovery in this case, and hereby agree and submit this stipulation and proposed order:

    1. Within 3 business days of any party serving any expert reports and/or expert declarations in this case pursuant to Fed. R. Civ. P. 26(a)(2)(B), the party or parties proffering the expert witness shall produce: the data or other information ***relied upon*** by the witness in forming the expert's opinions; any exhibits that will be used to summarize or support the expert's opinions; the witness's qualifications, including a list of all publications authored in the previous 10 years; a list of all other cases in which, during the previous four years, the witness has testified as an expert

-1-
STIPULATION AND [PROPOSED] ORDER RE: EXPERT DISCOVERY
Master File No. C-07-00086-SBA

at trial or by deposition; a statement of the compensation to be paid for the study and testimony in the case. Data or other information *relied upon* shall include, but is not limited to, raw data, spreadsheets, computerized regression analyses and/or other underlying reports and schedules sufficient to reconstruct the expert's work, calculations, and/or analyses. Information can be produced electronically (via email or disc) where appropriate. Where documents have previously been produced as part of the discovery in this case, a list of such documents by Bates number is sufficient. As to other documents considered by the expert, those documents should be produced except where widely-available publicly without undue expense (such as on the internet, or in major university libraries).

2. The following types of information shall not be the subject of discovery: (1) the content of communications among and between: (a) counsel and expert; (b) experts and other experts or consultants; and/or (c) experts and their respective staff, and (2) notes, drafts, written communications or other types of preliminary work created by, or for, experts. The foregoing exclusions from discovery will not apply to any communications or documents upon which the experts *rely* as a basis for their opinions/reports.

3. This Stipulation shall be effective only upon agreement of both the Direct Purchaser Plaintiffs and the Indirect Purchaser Plaintiffs, as well as the Defendants.

Dated: June 4, 2009              COTCHETT, PITRE & McCARTHY

                                 By:    */s/ Steve N. Williams*
                                        Steve N. Williams

                                 San Francisco Airport Office Center
                                 840 Malcolm Road, Suite 200
                                 Burlingame, CA 94010
                                 Telephone:    (650) 697-6000
                                 Facsimile:    (650) 697-0577
                                 swilliams@cpmlegal.com

                                 *Interim Co-Lead Counsel for Indirect
                                 Purchaser Class*

-2-
STIPULATION AND [PROPOSED] ORDER RE: EXPERT DISCOVERY
Master File No. C-07-00086-SBA

Dated:  June 4, 2009

ZELLE, HOFMAN, VOLBEL, & MASON LLP

By: ___/s/ Francis O. Scarpulla___
Francis O. Scarpulla

44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770
ccorbitt@zelle.com

*Interim Co-Lead Counsel for Indirect Purchaser Class*

Dated: June 4, 2009

SAVERI & SAVERI, INC.

By:___/s/ Guido Saveri___
Guido Saveri

706 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 217-6810
Facsimile:   (415) 217-6813
guido@saveri.com

*Interim Co-Lead Counsel for Direct Purchaser Class*

Dated: June 4, 2009

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

By:___/s/Bruce L. Simon___
Bruce L. Simon

44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:   (415) 433-9008
bsimon@psswplaw.com

*Interim Co-Lead Counsel for Direct Purchaser Class*

-3-
STIPULATION AND [PROPOSED] ORDER RE: EXPERT DISCOVERY
Master File No. C-07-00086-SBA

| | |
|---|---|
| Dated: June 4, 2009 | LATHAM & WATKINS LLP |
| | By:   /s/ Charles R. Price |
| | Charles R. Price |
| | |
| | 555 Eleventh Street, NW |
| | Suite 1000 |
| | Washington DC 20004-1304 |
| | Telephone:  (202) 637-1019 |
| | Facsimile:  (202) 637-2201 |
| | Randy.Price@lw.com |
| | |
| | *Liaison Counsel, by Agreement, for Defendants* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/8/09                                              _____
                                                                        Hon. Saundra B. Armstrong

*United States District Judge*
*Northern District of California*

**ATTESTATION OF FILING**

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Steve N. Williams, hereby attest that concurrence in the filing of this stipulation and proposed order has been properly obtained.

| | |
|---|---|
| Dated: June 4, 2009 | COTCHETT, PITRE & McCARTHY |
| | By:    /s/ Steve N. Williams |
| | Steve N. Williams |
| | |
| | *Interim Co-Lead Counsel for Indirect Purchaser Class* |

-4-
STIPULATION AND [PROPOSED] ORDER RE: EXPERT DISCOVERY
Master File No. C-07-00086-SBA