UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FLASH MEMORY ANTITRUST LITIGATION _____/ THIS DOCUMENT RELATES TO ALL ACTIONS _____/ | Case No.  C07-0086 SBA (JCS) **ORDER ON DISCOVERY RE: JUNE 19, 2009 JOINT LETTER BRIEF [Docket No. 527]** |

On June 19, 2009, the parties filed a Joint Letter Brief regarding various discovery disputes. The Court held a hearing on June 26, 2009.  Good cause appearing and for the reasons stated on the record,

IT IS HEREBY ORDERED THAT:

1. On or before July 6, 2009, each Defendant is ordered to produce, with respect to their production of documents that were previously provided to the Department of Justice pursuant to subpoenas related to the subject matter of this case, (a) a copy of the subpoena, (b) the identity of each of the custodians whose electronic or paper files were searched, (c) source logs, if they exist, for each of the documents produced to the DOJ, (d) any time or geographic limits on the information or documents searched in connection with the DOJ production, and (e) and limitation, in connection with the DOJ production, on the products to which the information or documents searched relate.

2. The parties shall meet and confer, on or before the hearing on the class certification motion in this matter, on the production of the other information on the DOJ production sought by plaintiffs as reflected in the Joint Letter Brief.

**United States District Court**
For the Northern District of California

1     IT IS SO ORDERED.

3 Dated: June 29, 2009

                                      JOSEPH C. SPERO
                                      United States Magistrate Judge

2