UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE FLASH MEMORY ANTITRUST LITIGATION<br><br>This Document Relates to All Actions. | Case No: C 07-0086 SBA<br><br>**ORDER DENYING REQUEST TO EXCEED PAGE LIMITS**<br><br>Docket 549 |
|---|---|

Having read and considered the parties' request to modify the page limits specified in the Local Rules in connection with Indirect Purchaser Plaintiffs' Motion for Class Certification,

IT IS HEREBY ORDERED that the parties' request to submit oversized briefs is **DENIED**. The page limits set forth in Civil Local Rules 7-2(b), 7-3(a) and 7-3(c) shall apply.

IT IS SO ORDERED.

Dated: July 22, 2009

_____
Honorable Saundra Brown Armstrong
United States District Court