UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FLASH MEMORY ANTITRUST LITIGATION<br>_____/<br>THIS DOCUMENT RELATES TO ALL ACTIONS<br>_____/ | Case No. C07-0086 SBA (JCS)<br>**ORDER GRANTING IN PART DENYING IN PART JOINT DISCOVERY LETTER**<br>**[Docket No. 537]** |

On July 6, 2009, the parties filed a Joint Discovery Letter re: Transactional Data and Rule 30(b)(6) depositions.

On July 15, 2009, the Court heard argument on the Joint Discovery Letter.

For reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED that

1. Defendants shall produce data for non-US sales during the relevant time period in aggregated form by July 31, 2009. The parties shall meet-and-confer about the form of production of that data and shall be guided by the form in which aggregated non-US sales data was produced in the SRAM litigation.

2. The parties shall meet-and-confer by the date of the hearing on the motion for class certification on the production of transactional level non-US sales data.

3. The parties shall meet-and-confer no later than July 22, 2009 on the appropriate 30(b)(6) depositions of the Defendants which are necessary for the class certification motion. The parties shall discuss the four (4) categories proposed by plaintiffs and narrow them. The 30(b)(6) depositions that are necessary for the class certification motion shall be completed no later than September 15, 2009. If there is no resolution by July 22, 2009 on these 30(b)(6) depositions, the parties shall submit a joint letter by July 24, 2009.

United States District Court
For the Northern District of California

IT IS SO ORDERED.

Dated: July 27, 2009

JOSEPH C. SPERO
United States Magistrate Judge