```
 1  FRANCIS O. SCARPULLA (41059)
    CRAIG C. CORBITT (83251)
 2  CHRISTOPHER T. MICHELETTI (136446)
    JUDITH A. ZAHID (215418)
 3  PATRICK B. CLAYTON (240191)
    QIANWEI FU (242669)
 4  ZELLE HOFMANN VOELBEL & MASON LLP
    44 Montgomery Street, Suite 3400
 5  San Francisco, CA 94104
    Telephone:    (415) 693-0700
 6  Facsimile:    (415) 693-0770
    fscarpulla@zelle.com
 7
    JOSEPH W. COTCHETT (36324)
 8  STEVEN N. WILLIAMS (175489)
    NANCY L. FINEMAN (124870)
 9  NEIL J. SWARTZBERG (215133)
    ARON K. LIANG (228936)
10  COTCHETT, PITRE & MCCARTHY
    San Francisco Airport Office Center
11  840 Malcolm Road, Suite 200
    Burlingame, CA 94010
12  Telephone:    (650) 697-6000
    Facsimile:    (650) 697-0577
13  jcotchett@cpmlegal.com
```

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs and Class Members*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE FLASH MEMORY ANTITRUST LITIGATION | Master File No. C-07-00086 SBA |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **DECLARATION OF CHRISTOPHER BESSETTE IN SUPPORT OF MOTION TO DISMISS CLAIMS OF CHRISTOPHER BESSETTE WITHOUT PREJUDICE**<br><br>Date:     October 20, 2009<br>Time:     1:00 p.m.<br>Location: Courtroom 3, 3rd Floor<br>Before:   Hon. Saundra B. Armstrong |

I, Christopher Bessette, declare:

1. I am a plaintiff in the consolidated antitrust class action against the makers and sellers of NAND Flash Memory on behalf of Indirect Purchasers. I make this declaration in support of the Motion To Dismiss Claims Of Christopher Bessette Without Prejudice. I have personal knowledge of the facts stated herein and could competently testify to them if called as a witness.

2. In June 2007, I purchased a Video Game Console, X Box 360 from K-Mart.

3. I am informed and believe that the X Box 360 I purchased is not among the NAND Flash Memory products at issue in the class definition proposed in the Indirect-Purchaser Plaintiffs' July 23, 2009 motion for class certification.

4. I do not believe I am a member of the proposed Indirect-Purchaser Plaintiff class identified in the July 23, 2009 motion. I do not believe I purchased any of the NAND Flash Memory products identified in the class definition. I am informed and believe that I have not been and will not be proffered as a class representative in the Indirect-Purchaser Plaintiff case. I therefore ask that my claims be dismissed without prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13 day of August, 2009 in Rapid City SD.

_____
Christopher Bessette

-1-
DECLARATION OF CHRISTOPHER BESSETTE IN SUPPORT OF
MOTION TO DISMISS CLAIMS OF CHRISTOPHER BESSETTE WITHOUT PREJUDICE