UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE FLASH MEMORY ANTITRUST LITIGATION<br><br>This Document Relates to All Actions. | Case No: C 07-0086 SBA<br><br>**ORDER RE PAGE LIMIT ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND** |
|---|---|

    Direct Purchaser Plaintiffs have filed a motion for leave to amend, which is noticed for hearing on October 20, 2009. Defendants' opposition to the motion may not exceed 10 pages. Defendants may file a joint opposition to the motion, and are otherwise encouraged to coordinate with each other to avoid filing multiple, duplicative opposition briefs. Direct Purchaser Plaintiffs' reply may not exceed 5 pages. The parties shall avoid the excessive use of footnotes to circumvent these page limits.

    IT IS SO ORDERED.

Dated: September 16, 2009

                                                              *Saundra B. Armstrong*
                                                        SAUNDRA BROWN ARMSTRONG
                                                        United States District Court