UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE FLASH MEMORY ANTITRUST LITIGATION<br><br>This Document Relates to All Actions. | Case No: C 07-0086 SBA<br><br>**ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO INDIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Docket 705, 714, 715 |

Indirect Purchaser Plaintiffs have filed a motion for leave to file a motion for reconsideration of the Court's Order, filed March 31, 2010, denying their motion for class certification and related motions. Docket 707, 715. The Court directs Defendants to file a response to said motion.

In addition, Direct Purchaser Plaintiffs have filed motions for leave to file recent decisions. Docket 705, 714. Leave of court is not required to submit a Statement of Recent Decision. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Defendants shall file their response to Indirect Purchaser Plaintiffs' motion for leave to file a motion for reconsideration by no later than May 19, 2010. Defendants' response shall conform in all respects to Civil Local Rule 7-4. <u>No reply brief may be filed</u>. The matter will be deemed under submission as of the date Defendants' response is due.

2. Direct Purchaser Plaintiffs' motions for leave to file recent decisions are DENIED as unnecessary. This Order terminates Docket 705 and 714.

IT IS SO ORDERED.

Dated: May 5, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge