UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE FLASH MEMORY ANTITRUST LITIGATION:

TRONG NGUYEN,

    Plaintiff(s),

v.

SAMSUNG ELECTRONICS.

    Defendant(s).

No. C07-00086 SBA (BZ)

**ORDER**

**IT IS ORDERED** that, effective **IMMEDIATELY**, no further positioning letters shall be sent to the Court.

Dated: May 12, 2011

Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.2011\NGUYEN.FLASH MEMORY SC.wpd