1  *Counsel Listed on Signature Block*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| IN RE FLASH MEMORY ANTITRUST LITIGATION | CASE NO. C07-0086 SBA |
|---|---|
| | **DEFENDANTS' SUPPLEMENT TO JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| This Document Relates To: ALL ACTIONS | Date: June 23, 2011<br>Time: 3:45 p.m.<br>Courtroom: Telephonic – (510) 637-3559<br>Hon. Saundra Brown Armstrong |

1  Defendants hereby submit this Supplement to the Joint Case Management Conference
2  Statement ("Supplemental Statement") in advance of the telephonic Case Management Conference
3  set for June 23, 2011 to clarify certain statements made in Defendants' section regarding
4  Defendants' anticipated motion to dismiss.  This Supplement Statement concerns Sections 1(a),
5  4(b), 15(b), 16(b), and 17(b) of the Joint Case Management Conference Statement filed June 13,
6  2011.

7  As stated in Section 1(a) of the Joint Case Management Conference Statement,
8  Defendants believe that this Court may no longer have subject matter jurisdiction over plaintiffs'
9  state-law claims under the Class Action Fairness Act, 28 U.S.C. §§ 1711-1715, due to the Court's
10 denial of plaintiffs' motion for class certification.  However, in the removal context, the Ninth
11 Circuit recently held that the denial of class certification does not permit a court to remand state-
12 law claims for lack of jurisdiction when CAFA jurisdiction existed at the time of removal.  *See*
13 *United Steel Workers Int'l Union v. Shell Oil Co.*, 602 F.3d 1087, 1092 (9th Cir. 2010).  In
14 *Taragan v. Nissan North America, Inc.*, Case No. 09-3660 SBA (Mar. 16, 2011), this Court
15 distinguished *United Steel* on the ground, among others, that it was a removal case.

16 Because the prior statement did not expressly refer to the two authorities noted above,
17 Defendants felt that this short supplement was warranted.  Defendants met and conferred with
18 plaintiffs prior to filing this Supplemental Statement.

19
20 Dated: June 20, 2011                    Respectfully submitted,
21
22                                         By:  /s/
23                                              Michael F. Tubach
                                                O'MELVENY & MYERS LLP
24                                              Two Embarcadero Center, 28th Floor
                                                San Francisco, CA 94111
25                                              Telephone:   (415) 984-8700
                                                Facsimile:   (415) 984-8701
26
                                                Kenneth R. O'Rourke
27                                              O'MELVENY & MYERS LLP
                                                400 South Hope Street
28                                              Los Angeles, CA 90071
                                                Telephone:   (213) 430-6000

03498.22795/4206898.2

1

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
Case No. C07-0086 SBA

1                         Facsimile:     (213) 430-6407

2                     *Counsel for Hynix Semiconductor America Inc.*
                            *and Hynix Semiconductor Inc.*

3

4             By:   /s/
                     Daniel M. Wall
5                      Belinda S Lee
                     LATHAM & WATKINS LLP
6                      505 Montgomery Street, Suite 2000
                     San Francisco, CA 94111-1256
7                      Telephone:   (415) 391-0600
                     Facsimile:    (415) 395-8095
8

9                     *Counsel for Toshiba Corporation and Toshiba America*
                     *Electronic Components, Inc.*

10

11             By:   /s/
                     Matthew Jacobs
12                      VINSON & ELKINS LLP
                     525 University Avenue, Suite 410
13                      Palo Alto, CA 94301-1918
                     Telephone:   (650) 687-8214
14                      Facsimile:    (650) 618-2666

15                     Craig P. Seebald
                     VINSON & ELKINS LLP
16                      2200 Pennsylvania Ave., NW
                     Washington, D.C. 20037
17                      Telephone:   (202) 639-6585
                     Facsimile:    (202) 879-8995
18                     *Counsel for Defendants Renesas Electronics Corporation,*
                         *Renesas Electronics America Inc.*
19                         *and Hitachi, Ltd.*

20

21             By:   /s/
                     Harold A. Barza
22                      QUINN EMANUEL URQUHART OLIVER &
                     HEDGES, LLP
23                      865 South Figueroa Street, 10th Floor
                     Los Angeles, California 90017-2543
24                      Telephone:   (213) 443-3000
                     Facsimile:    (213) 443-3100
25

26                     *Counsel for Defendants Samsung Electronics*
                         *Co., Ltd. and Samsung Semiconductor, Inc.*

27

28

03498.22795/4206898.2

| | |
|---|---|
|1| By: /s/ |
|2| Donn P. Pickett |
| | Frank M. Hinman |
|3| BINGHAM MCCUTCHEN LLP |
| | Three Embarcadero Center |
|4| San Francisco, CA 94111-4067 |
| | Telephone:   (415) 393-2000 |
|5| Facsimile:    (415) 393 2286 |
|6| Richard S. Taffet |
| | BINGHAM MCCUTCHEN LLP |
|7| 399 Park Avenue |
| | New York, NY 10022-4689 |
| | Telephone:   (212) 705-7000 |
|8| Facsimile:    (212) 752-5378 |
|9| *Counsel for Defendant SanDisk Corporation* |

**ATTESTATION OF FILING**

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Linda Brewer, hereby attest that concurrence in the filing of this document has been obtained from the individuals from whom I have provided the conformed signatures above.

Dated: June 20, 2011                              /s/

                                                              Linda Brewer