FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
PATRICK B. CLAYTON (240191)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

JOSEPH W. COTCHETT (36324)
STEVEN N. WILLIAMS (175489)
NANCY L. FINEMAN (124870)
ARON K. LIANG (228936)
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:     (650) 697-6000
Facsimile:      (650) 697-0577
jcotchett@cpmlegal.com

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs and Class Members*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE FLASH MEMORY ANTITRUST LITIGATION | Master File No. C-07-00086-SBA |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **INDIRECT-PURCHASER PLAINTIFFS' OBJECTION TO DEFENDANTS' SUPPLEMENT TO JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  June 23, 2011<br>Time:  3:45 p.m.<br>Courtroom:   Telephonic – (510) 637-3559<br>Hon. Saundra Brown Armstrong |

1  Indirect-Purchaser Plaintiffs submit this Objection to Defendants' Supplement to Joint Case Management Statement filed June 20, 2011 (DE 749) (the "Supplement").  Defendants state in the Supplement that "Defendants met and conferred with plaintiffs prior to filing this Supplemental Statement."  To the extent this sentence gives the impression that Plaintiffs agreed that Defendants may file the Supplement, it is incorrect.  As Defendants know, Plaintiffs did not agree that Defendants could file the Supplement but instead objected to it.  Plaintiffs specifically advised Defendants that because the new authorities that Defendants refer to were known prior to the filing of the Joint Case Management Statement on June 13, 2011, Defendant's new assertions are untimely, and Defendants had sufficient time to have included them in their original submission, but failed to do so.  Plaintiffs submit that Defendants should have filed an administrative motion seeking permission to supplement their statement, or simply addressed the points at the conference.  Plaintiffs dispute Defendants' assertions in the Supplement and request that the Court not consider them, or permit Plaintiffs to respond in writing in advance of the conference.

Dated:  June 21, 2011                    Respectfully submitted,

                                     */s/ Francis O. Scarpulla*
                                       Francis O. Scarpulla

FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
PATRICK B. CLAYTON (240191)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:     (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

| | |
|---|---|
| Dated: June 21, 2011 |    */s/ Joseph W. Cotchett*<br>Joseph W. Cotchett |

JOSEPH W. COTCHETT (36324)
STEVEN N. WILLIAMS (175489)
ARON K. LIANG (228936)
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:    (650) 697-6000
Facsimile:    (650) 697-0577
jcotchett@cpmlegal.com

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs and Class Members*

#3220762v1