LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Belinda S Lee (Bar No. 199635)
  Brendan A. McShane (Bar No. 227501)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
  Dan.Wall@lw.com
  Belinda.Lee@lw.com
  Brendan.McShane@lw.com
Attorneys for Defendants Toshiba Corporation
and Toshiba America Electronic Components, Inc.

[Additional Parties and Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE FLASH MEMORY ANTITRUST LITIGATION | CASE NO. 07-CV-0086 SBA |
|---|---|
|  | **NOTICE OF RULING** |
| This document relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS |  |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\862967.1

Case Number: 07-CV-00086 SBA

NOTICE OF RULING

Pursuant to the Court's direction at the June 23, 2011 Case Management Conference, Defendants hereby notify the Court that the United States Court of Appeals for the Ninth Circuit entered an Order, dated June 28, 2011, denying Plaintiffs' Petition Pursuant to Federal Rule of Civil Procedure 23(f) to Appeal the District Court's Order Denying Class Certification. A true and correct copy of the Ninth Circuit's Order is attached.

Respectfully submitted,

Dated: June 28, 2011

By: /s/ Belinda S Lee
Daniel M. Wall
Belinda S Lee
Brendan A. McShane
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Counsel for Defendants Toshiba Corporation and Toshiba America Electronic Components, Inc.*

By: /s/
Craig P. Seebald
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Washington, D.C. 20037
Telephone: (202) 639-6585
Facsimile: (202) 879-8995

Matthew Jacobs
VINSON & ELKINS LLP
525 University Avenue, Suite 410
Palo Alto, California 94301-1918
Telephone: (650) 687-8214
Facsimile: (650) 618-2666

Counsel for Defendants Renesas Electronics Corporation, Renesas Electronics America Inc., and Hitachi, Ltd.

By: /s/
Richard S. Taffet
Frank M. Hinman
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

*Counsel for Defendant SanDisk Corporation*

////
////
////

1
2   By: _____/s/_____                    By: _____/s/_____
       Harold A. Barza                          Michael F. Tubach
3      Harry A. Olivar, Jr.                     O'MELVENY & MYERS LLP
       QUINN EMANUEL URQUHART                   Two Embarcadero Center, 28th Floor
4          & SULLIVAN, LLP                      San Francisco, California  94111
       865 South Figueroa Street, 10th Floor    Telephone: (415) 984-8700
5      Los Angeles, California  90017-2543      Facsimile:  (415) 984-8701
       Telephone: (213) 443-3000
6      Facsimile:  (213) 443-3100
                                                *Counsel for Defendants Hynix Semiconductor*
7                                               *America Inc. and Hynix Semiconductor Inc.*
    *Counsel for Defendants Samsung*
8   *Electronics Co., Ltd. and Samsung*
    *Semiconductor, Inc.*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ATTACHMENT

Case 4:07-cv-00086-SBA   Document 751   Filed 06/28/11   Page 4 of 5

**FILED**

UNITED STATES COURT OF APPEALS

JUN 28 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANTHONY CARDINALE; et al.,<br><br>        Plaintiffs - Petitioners,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>et al.,<br><br>        Defendants - Respondents. | No. 11-80102<br><br>D.C. No. 4:07-cv-00086-SBA<br>Northern District of California,<br>Oakland<br><br>ORDER |

Before: CANBY and TALLMAN, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's March 31, 2010 order denying class action certification, and April 5, 2011 order denying petitioners' motion for reconsideration. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

**PETITION DENIED.**

rb/MOATT