UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE FLASH MEMORY ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Indirect Purchaser Action. | Case No:  C 07-0086 SBA<br><br>**ORDER ADMINISTRATIVELY CLOSING ACTION** |

On June 23, 2011, the Court held a telephone Case Management Conference with all parties represented by counsel.  During the conference, all parties stipulated to the Court's entry of an order staying all proceedings in this action and administratively closing the case during the pendency of the Ninth Circuit's consideration of Plaintiffs' petition under Federal Rule of Civil Procedure 23(c).  Accordingly,

IT IS HEREBY ORDERED THAT:

1. The instant action is ADMINISTRATIVE CLOSED and the action shall be held in ABEYANCE pending further order of the Court.

2. Upon the Ninth Circuit's ruling on Plaintiffs' Rule 23(c) petition, the parties shall jointly notify the Court of the court of appeal's ruling.  If the petition is denied, any party may request that the matter be reopened as an active civil matter and that a further Case Management Conference be scheduled.  In the event the petition is granted, the stay shall continue until the Ninth Circuit resolves Plaintiffs' appeal on the merits.  Upon the Ninth Circuit's issuance of its ruling on the merits, the parties shall jointly notify the Court

1 and request that the matter be reopened and to schedule a further Case Management
2 Conference.
3
4     IT IS SO ORDERED.
5 Dated: June 24, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge