UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE FLASH MEMORY ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Indirect Purchaser Action. | Case No:  C 07-0086 SBA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Dkt. 755 |

IT IS HEREBY ORDERED THAT the Clerk shall reopen the file.  The parties shall appear for a telephonic Case Management Conference on **February 29, 2012 at 3:30 p.m.** The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven (7) days prior to the Case Management Conference.  The statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Counsel for the Indirect Purchaser Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.  This Order terminates Docket 755.

IT IS SO ORDERED.

Dated: January 3, 2012

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge