[Counsel set forth on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE FLASH MEMORY ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | CASE NO. C07-0086 SBA<br><br>**STIPULATION DISMISSING THE CLAIMS OF INDIRECT PURCHASER PLAINTIFFS GREENWELL, HECHT, MCCLELLAN-CHAMBERS, JAMAC ENTERPRISES, McENTEE, NGUYEN, PERKINS, WEIBE, STEELE, NORTHWAY, MORGAN, FAHNER, DAVIS, KINDT, WOODS AND PAGUIRIGAN WITH PREJUDICE** |

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties desire to dismiss with prejudice the claims of the following indirect purchaser plaintiffs: Jacob Greenwell ("Greenwell"), Sarah Hecht ("Hecht"), Jean McClellan-Chambers ("McClellan-Chambers"), Jamac Enterprises ("Jamac"), Robin McEntee ("McEntee"), Trong Nguyen ("Nguyen"), Jason Perkins ("Perkins"), Travis Weibe ("Weibe"), Joshua Steele ("Steele"), Benjamin Northway ("Northway"), Lindsey Morgan ("Morgan"), Kelly Fahner ("Fahner"),

1  George Davis ("Davis"), Andrew Kindt ("Kindt"), Tristen Woods ("Woods") and Jai Paguirigan
2  ("Paguirigan");
3      WHEREAS, on May 1, 2009, the Indirect-Purchaser Plaintiffs filed a First Amended
4  Consolidated Class Action Complaint naming Hecht, McClellan-Chambers, Jamac, Nguyen,
5  Perkins, Weibe, Steele, Northway, Morgan, Fahner, Davis, Kindt, Woods and Paguirigan as
6  indirect purchaser plaintiffs, and Greenwell and McEntee previously filed complaints against
7  defendants, but were not included as named plaintiffs in the First Consolidated Class Action
8  Complaint;
9      WHEREAS, defendants have filed answers to the First Amended Consolidated Class
10 Action Complaint;
11     WHEREAS, plaintiffs Greenwell, Hecht, McClellan-Chambers, Jamac, McEntee, Nguyen,
12 Perkins, Weibe, Steele, Northway, Morgan, Fahner, Davis, Kindt, Woods and Paguirigan seek to
13 dismiss their claims pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) with prejudice;
14     WHEREAS, all parties who have appeared agree that the claims of plaintiffs Greenwell,
15 Hecht, McClellan-Chambers, Jamac, McEntee, Nguyen, Perkins, Weibe, Steele, Northway,
16 Morgan, Fahner, Davis, Kindt, Woods and Paguirigan shall be dismissed with prejudice, each side
17 to bear its own costs and fees;
18     NOW, THEREFORE, the undersigned parties, acting by and through their respective
19 counsel of record, hereby stipulate and agree as follows:
20     1.    That the claims of plaintiffs Jacob Greenwell, Sarah Hecht, Jean McCellan-
21 Chambers, Jamac Enterprises, Robin McEntee, Trong Nguyen, Jason Perkins, Travis Weibe,
22 Joshua Steele, Benjamin Northway, Lindsey Morgan, Kelly Fahner, George Davis, Andrew Kindt,
23 Tristen Woods and Jai Paguirigan are dismissed with prejudice, each side to bear its own costs and
24 fees.
25     IT IS SO STIPULATED.
26
27
28

DATED this 25th day of April, 2012.　　　COTCHETT, PITRE & MCCARTHY

　　　　　　　　　　　　　　　　　　　　By:   /s/Steve N. Williams
　　　　　　　　　　　　　　　　　　　　　　　Steve N. Williams

　　　　　　　　　　　　　　　　　　　　*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

DATED this 25th day of April, 2012.　　　ZELLE HOFMANN VOELBEL & MASON LLP

　　　　　　　　　　　　　　　　　　　　By:   /s/Christopher T. Micheletti
　　　　　　　　　　　　　　　　　　　　　　　Christopher T. Micheletti

　　　　　　　　　　　　　　　　　　　　*Co-Lead Counsel for Indirect Purchaser Plaintiffs as well as counsel for Plaintiffs Sarah Hecht, Trong Nguyen and Jason Perkins*

DATED this 25th day of April, 2012.　　　STRAUS & BOIES, LLP

　　　　　　　　　　　　　　　　　　　　By:   /s/David Boies
　　　　　　　　　　　　　　　　　　　　　　　David Boies

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs Kelly Fahner and Travis Weibe*

DATED this 25th day of April, 2012.　　　SUSAN LACAVA, SC

　　　　　　　　　　　　　　　　　　　　By:   /s/Susan LaCava
　　　　　　　　　　　　　　　　　　　　　　　Susan LaCava

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Jai Paguirigan*

DATED this 25th day of April, 2012.　　　STEYER LOWENTHAL BOODROOKAS
　　　　　　　　　　　　　　　　　　　　　ALVAREZ & SMITH LLP

　　　　　　　　　　　　　　　　　　　　By:   /s/Allen Steyer
　　　　　　　　　　　　　　　　　　　　　　　Allen Steyer

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff George Davis*

| | |
|---|---|
| DATED this 25th day of April, 2012. | ROBERTS LAW FIRM, PA |
| | By: /s/Michael L. Roberts |
| | Michael L. Roberts |
| | *Counsel for Plaintiffs Jean McCellan-Chambers and Jamac Enterprises* |
| DATED this 25th day of April, 2012. | LOWTHER JOHNSON, LLC |
| | By: /s/Angela Drake |
| | Angela Drake |
| | *Counsel for Plaintiff Lindsey Morgan* |
| DATED this 25th day of April, 2012. | LAMARCA & LANDRY, PC |
| | By: /s/Gregory W. Landry |
| | Gregory W. Landry |
| | *Counsel for Plaintiff Benjamin Northway* |
| DATED this 25th day of April, 2012. | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ |
| | By: /s/Justin Witkin |
| | Justin Witkin |
| | *Counsel for Plaintiff Joshua Steele* |
| DATED this 25th day of April, 2012. | LOVELL STEWART HALEBIAN JACOBSON LLP |
| | By: /s/Christopher Lovell |
| | Christopher Lovell |
| | *Counsel for Plaintiffs Andrew Kindt and Tristen Woods* |

-4-
Stipulation Dismissing Claims of Indirect Purchaser Plaintiffs With Prejudice
Case No. C07-0086 SBA

1  DATED this 25th day of April, 2012.          THE TERRELL LAW GROUP

2                                               By:  */s/Reginald Von Terrell*
3                                                    Reginald Von Terrell

4                                               *Counsel for Plaintiff Jacob Greenwell*

5  DATED this 25th day of April, 2012.          LAW OFFICES OF LINGEL H. WINTERS

6
                                                By:  */s/Lingel H. Winters*
7                                                    Lingel H. Winters

8                                               *Counsel for Plaintiff Robin McEntee*

9
   DATED this 25th day of April, 2012.          QUINN EMANUEL URQUHART &
10                                                 SULLIVAN, LLP

11
                                                By:  */s/Harry A. Olivar*
12                                                   Harry A. Olivar

13                                              *Counsel for Defendants Samsung Electronics
                                                Co., Ltd. and Samsung Semiconductor, Inc.*
14
   DATED this 25th day of April, 2012.          LATHAM & WATKINS LLP
15

16                                              By:  */s/Daniel M. Wall*
                                                     Daniel M. Wall
17
                                                *Counsel for Toshiba Corporation and
18                                              Toshiba America Electronic Components,
                                                Inc.*
19
   DATED this 25th day of April, 2012.          VINSON & ELKINS LLP
20

21                                              By:  */s/Craig P. Seebald*
                                                     Craig P. Seebald
22
                                                *Counsel for Renesas Electronics
23                                              Corporation, Renesas Electronics America,
                                                Inc. and Hitachi, Ltd.*
24

25

26

27

28
                                          -5-
        Stipulation Dismissing Claims of Indirect Purchaser Plaintiffs With Prejudice
                                 Case No. C07-0086 SBA

1  DATED this 25th day of April, 2012.        O'MELVENY & MYERS LLP

2
                                              By:    /s/Michael F. Tubach
3                                                    Michael F. Tubach

4                                             *Counsel for Hynix Semiconductor America Inc. and Hynix Semiconductor Inc.*

5  DATED this 25th day of April, 2012.        BINGHAM MCCUTCHEN LLP

6
                                              By:    /s/Frank M. Hinman
7                                                    Frank M. Hinman

8                                             *Counsel for Defendant SanDisk Corporation*

9

10

11            **ATTESTATION PURSUANT TO GENERAL ORDER 45**

12       Pursuant to General Order No. 45, § X(B), regarding signatures, I attest that the

13  concurrence in the filing of this document has been obtained from its signatories.

14
    Dated:   April 25, 2012
15                                            By:    /s/Christopher T. Micheletti
16                                                   Christopher T. Micheletti

17

18  3232800v2

19

20

21

22

23

24

25

26

27

28