1  [Counsel set forth on signature page]

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                           OAKLAND DIVISION

10

| | |
|---|---|
| 11  IN RE FLASH MEMORY ANTITRUST LITIGATION | No. C07-00086 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE AS TO TOSHIBA CORPORATION AND TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC. PURSUANT TO FED. R. CIV. PROC. 41(a)(2)** |
| 16  This document Relates to:<br><br>17  ALL INDIRECT PURCHASER ACTIONS | |

(PROPOSED struck through)

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Keith Alderman, Peter Burke, James Burt, California Coast Investigative Services, Anthony Cardinale, Michael Chek, Alva Dee Cravens, Peter DeChristopher, Donna Fahner, Eric Ferguson, Donna Jeanne Flanagan, Ina Fryer, Stuart Go, Sandra Green, Dan Harrison, Thomas Y. Huh, James Knowles, Fred W. Krahmer, Harold Moore, Martha Mulvey, Joanne Myles, Thomas Nigro, Carman Pellitteri, Travis Richardson, Richard Chris Rippel, Ryan Skorstad, Lynn Sweatman, and Joseph Theisen, (collectively "Indirect-Purchaser Plaintiffs") and defendants Toshiba Corporation ("Toshiba Corp.") and Toshiba America Electronic Components, Inc. ("TAEC") (with Indirect-Purchaser Plaintiffs, Toshiba Corp. and TAEC as, collectively, "The Stipulating Parties") by and through their counsel hereby stipulate as follows:

1. On May 1, 2009, the Indirect-Purchaser Plaintiffs filed a First Amended Consolidated Class Action Complaint against Toshiba Corp. and TAEC in the above-entitled action.[1]

2. The Stipulating Parties have reached a confidential settlement of all claims asserted by Plaintiffs against Toshiba Corp. and TAEC in the above-entitled action, in which Toshiba Corp. and TAIS have denied any liability or wrongdoing.

3. In furtherance of the confidential settlement, the Stipulating Parties agree that all claims asserted by Plaintiffs against Toshiba Corp. and TAEC in the above-entitled action shall be dismissed with prejudice, with Plaintiffs and Toshiba Corp. and TAEC each bearing their own costs and attorneys' fees and Toshiba Corp. and TAEC shall no longer be parties in this action.[2]

---

[1] Plaintiffs Keith Alderman, James Knowles, Fred W. Krahmer, Carman Pellitteri, Ryan Skorstad, and Lynn Sweatman, had previously filed complaints against Toshiba but were not included as named plaintiffs in the First Consolidated Class Action Complaint.

[2] The confidential settlement also includes the following plaintiffs, who dismissed their claims with prejudice as to all defendants on April 25, 2012 (Dkt. 764): Jacob Greenwell, Sarah Hecht, Jean McClellan-Chambers, Jamac Enterprises, Robin McEntee, Trong Nguyen, Jason Perkins, Travis Weibe, Joshua Steele, Benjamin Northway, Lindsey Morgan, Kelly Fahner, George Davis, Andrew Kindt, Tristen Woods, and Jai Paguirigan.

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST TOSHIBA CORP. AND TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC (Case No. 07-cv-00086-SBA)

2

IT IS SO STIPULATED.

DATED:  August 29, 2012.           COTCHETT, PITRE & McCARTHY, LLP

                                   By:  /s/ Steven N. Williams
                                        Steven N. Williams

                                   *Co-Lead Counsel for Indirect Purchaser Plaintiffs*

DATED:  August 29, 2012.           ZELLE HOFMANN
                                   VOELBEL & MASON LLP

                                   By:  /s/ Christopher T. Micheletti
                                        Christopher T. Micheletti

                                   *Co-Lead Counsel for Indirect Purchaser Plaintiffs*

DATED:  August 29, 2012.           LATHAM & WATKINS

                                   By:  /s/ Belinda Lee
                                        Belinda Lee

                                   *Counsel for Defendants Toshiba Corporation and Toshiba America Electronic Components, Inc.*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 29, 2012             By:  /s/ Steven N. Williams
                                        Steven N. Williams

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST TOSHIBA CORP. AND TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC (Case No. 07-cv-00086-SBA)

3

**[PROPOSED] ORDER**

For the reasons set forth in the above stipulation, and good cause appearing therefore, it is hereby ORDERED as follows:

1. All claims asserted by Plaintiffs against Toshiba Corporation ("Toshiba Corp.") and Toshiba America Electronic Components, Inc. ("TAEC") in the above-entitled action or any of its associated actions are hereby DISMISSED WITH PREJUDICE, with Plaintiffs and Toshiba Corp. and TAEC each bearing their own costs and attorneys' fees.

2. Toshiba Corp. and TAEC shall no longer be parties in this action.

IT IS SO ORDERED.

DATED: 8/30/12

_____
Saundra Brown Armstrong
United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST TOSHIBA CORP. AND TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC (Case No. 07-cv-00086-SBA)

4